## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHERRY MORTON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-01432-JLH |
| | ) | |
| BCAP GDI 1, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Warren Bianchi, Esquire of Fluet & Associates, PLLC to represent Defendant

BCAP GDI 1, Inc. in this matter.

Date:   September 9, 2025          **WHITEFORD, TAYLOR & PRESTON LLC**

                                   */s/ Daniel A. Griffith*
                                   Daniel A. Griffith, Esquire (#4209)
                                   600 North King Street, Suite 300
                                   Wilmington, DE 19801
                                   T: (302) 357-3254
                                   dgriffith@whitefordlaw.com

                                   *Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Date: _____          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Distrct of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court.

Date:  September 9, 2025            */s/ Warren Bianchi*
                                   Warren Bianchi, Esquire
                                   **FLUET & ASSOCIATES, PLLC**
                                   1751 Pinnacle Drive, Suite 1000
                                   Tysons, VA 22102
                                   T: (703) 590-1234
                                   dpanzer@fluet.law
                                   e-file@fluet.law