# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> BCAP GDI 1, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:24-cv-01432-JLH |

## DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Grace Williams, Esquire of Fluet & Associates, PLLC to represent Defendant BCAP GDI 1, Inc. in this matter.

Date: September 9, 2025

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith, Esquire (#4209)
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
dgriffith@whitefordlaw.com

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____
                                                                                         United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Distrct of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court.

Date:   September 9, 2025              */s/ Grace Williams*
                                        Grace Williams, Esquire
                                        **FLUET & ASSOCIATES, PLLC**
                                        1751 Pinnacle Drive, Suite 1000
                                        Tysons, VA 22102
                                        T: (703) 590-1234
                                        dpanzer@fluet.law
                                        e-file@fluet.law