# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON and<br>NATIONAL AEROBICS & FITNESS<br>TRAINERS ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:24-cv-01432-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 29, 2025, I caused a true and correct copy of *Plaintiff Sherry Morton's Second Document Requests to Defendant* to be served via electronic mail and U.S. Mail upon the following counsel of record:

> Daniel A. Griffith, Esq. (#4209)
> Whiteford Taylor Preston LLC
> Courthouse Square
> 600 North King Street, Suite 300
> Wilmington, DE 19801-3700
> dgriffith@whitefordlaw.com

**FOX ROTHSCHILD LLP**

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE ID 3702)
Joshua K. Tufts (DE ID 7275)
1201 N. Market St., Suite 1200
Wilmington, DE  19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

Brian M. Johnson (*pro hac vice*)
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, KY  40507
Tel.: (859) 899-8700
bjohnson@dickinsonwright.com

*Attorneys for Plaintiff*