# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* )<br>)<br>  Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>BCAP GDI 1, INC. )<br>)<br>  Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 1:24-cv-01432-JLH |

## DEFENDANT'S MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DIPSUTE

Defendant BCAP GDI 1, Inc., moves this Court to schedule a teleconference to address an outstanding dispute regarding:

- Whether certain witnesses may be deposed out of time. Specifically, the Defendant wishes to depose David Thompson, John C. Morton, Chelsie Williams, and Roxanne Hinton beyond the October 1, 2025 deadline for fact discovery set forth in the Court's Scheduling Order. *See* Dkt. No. 28 at 3. Mr. Thompson has been subpoenaed for a deposition within the deadline for fact discovery, but it is unclear whether Plaintiffs will oppose that deposition, and the remaining fact witnesses appear to have been evading service of the subpoenas to take their depositions within the fact discovery deadline.

The following attorneys, including at least one Delaware counsel and at least one Lead Counsel per party, participated in a video conference meet-and-confer on the following dates:

- o **September 15, 2025**: approximately 15 minutes [Delaware/Lead Counsel]
- o **September 16, 2025**: approximately 15 minutes [Lead Counsel]

**Delaware Counsel:** Daniel S. Griffith, Esquire (Defendant's counsel) and Sidney Liebesman (Plaintiffs' counsel). (September 15, 2025)

1

**Lead Counsel:** David Panzer, Eric Kronman (Defendant's counsel) and Brian Johnson (Plaintiffs' counsel). (September 15, 2025). Brian Johnson and David Panzer had a follow up call on September 16, 2025.

This dispute is the first time that a discovery dispute has been brought before the Court. The parties are available for a teleconference on the following dates:

- September 24, 2025 (all day)
- September 25, 2025 (all day)
- September 29, 2025 (9:00 am until 12:00 pm.)

Date:   September 16, 2025                     Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel Griffith*
Daniel A. Griffith (#4209)
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Warren Bianchi, *pro hac vice*
Grace Williams, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
ekronman@fluet.law
wbianchi@fluet.law
gwilliams@fluet.law
e-file@fluet.law

*Attorneys for Defendant
BCAP GDI 1, Inc.*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all Parties.

                                                          */s/ Daniel Griffith*
                                                          Daniel A. Griffith, Esq. (#4209)