| DANIEL A. GRIFFITH | WHITEFORD, TAYLOR & PRESTON L.L.P. | DELAWARE* |
| PARTNER | | DISTRICT OF COLUMBIA |
| 302.357.3254 | 600 N KING ST SUITE 300 | FLORIDA |
| 302.357.3274 | WILMINGTON, DE 19801-3700 | KENTUCKY |
| DGRIFFITH@WHITEFORDLAW.COM | | MARYLAND |
| | MAIN TELEPHONE 302.353.4144 | NEW YORK |
| | FACSIMILE 302.661.7950 | NORTH CAROLINA |
| | | VIRGINIA |
| | | WWW.WHITEFORDLAW.COM |
| | | 800.987.8705 |

September 29, 2025

The Honorable Eleanor G. Tennyson, U.S.M.J.
United States District Court
J. Caleb Boggs Federal Building and United States Courthouse
844 N. King St.
Wilmington, DE 19801-3563

  **Re:**  **Sherry Morton v. BCAP GDI 1, Inc.**
     **Case No. 24-cv-01432-JLH-EGT**

Dear Magistrate Judge Tennyson:

  I write on behalf of both parties to respectfully request that this matter be referred to a Magistrate Judge for mediation.

  The parties have substantially completed document production and have conducted multiple depositions. As the discovery deadline approaches, the strengths and weaknesses of the parties' positions have crystalized, although the settlement value of the case remains a significant issue.

  The parties believe that a Magistrate-led mediation would be a productive use of both the parties' and the Court's resources before the case moves into the next stage of dispositive motions and, if necessary, trial.

  Under the circumstances, we would jointly request referral for a mediation to be conducted by a Magistrate Judge. We are, of course, available at the Court's convenience if Your Honor has any questions or comments regarding this request.

            Respectfully submitted,

            */s/ Daniel A. Griffith (#4209)*
            Daniel A. Griffith
            Partner

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*