### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-01432-JLH |
| ) | |
| BCAP GDI 1, INC. ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

### **STIPULATION ON DEPOSITIONS**

1. The Defendant issued subpoenas for the depositions of John C. Morton, the Plaintiff Sherry Morton's husband, and Roxie Hinton.

2. The Defendant hired professional process servers to serve the subpoenas on Mr. Morton and Ms. Hinton, but the process servers were unable to complete service on Mr. Morton or Ms. Hinton.

3. The Parties have met and conferred regarding depositions and testimony of these witnesses and Defendant's inability to subpoena them.

4. The Defendant stipulates it will not reissue subpoenas for depositions to elicit testimony from Mr. Morton or Ms. Hinton and will not seek to compel or otherwise litigate their appearance for testimony.

5. The Plaintiffs stipulate they will not elicit any testimony from Mr. Morton or Ms. Hinton during these proceedings, to include at trial, and will not call them as witnesses or rely on their testimony in any way.

Date:   September 30, 2025

Respectfully submitted,

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **WHITEFORD, TAYLOR & PRESTON LLC** |
| */s/ Sidney S. Liebesman* | */s/ Daniel A. Griffith* |

Sidney S. Liebesman (DE ID 3702)
Joshua Tufts (DE ID 7275)
1201 N. Market St., Suite 1200
Wilmington, DE 19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

Brian M. Johnson, *pro hac vice*
**DICKINSON WRIGHT PLLC**
300 West Vine Street, Suite 1700
Lexington, KY 40507
Tel.: (859) 899-8700
bjohnson@dickinsonwright.com

*Attorneys for Plaintiffs Sherry Morton and National Aerobic & Fitness Trainers Association*

Daniel A. Griffith (#4209)
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Warren Bianchi, *pro hac vice*
Grace Williams, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
ekronman@fluet.law
wbianchi@fluet.law
gwilliams@fluet.law
e-file@fluet.law

*Attorneys for Defendant BCAP GDI 1, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all Parties.

                                                      */s/ Daniel A. Griffith*
                                                      Daniel A. Griffith, Esq. (#4209)