# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON and<br>NATIONAL AEROBICS & FITNESS<br>TRAINERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>        Defendant. | Civil Action No.: 1:24-cv-01432-JLH |

## MOTION TO ENTER APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5(f)(2), the undersigned attorney, Brian S. Yu, having been admitted to the Bar of this Court and being in good standing, but who does not maintain an office in the District of Delaware, hereby moves to enter his appearance as counsel for the Plaintiffs, Sherry Morton and National Aerobics & Fitness Trainers Association.

Dated: October 20, 2025

                                                  Respectfully submitted

                                                  DICKINSON WRIGHT PLLC

                                                  */s/ Brian S. Yu*
                                                  Brian S. Yu (DE ID 6482)
                                                  825 Eye Street, N.W., Suite 900
                                                  Washington, DC 20006
                                                  Tel.: (202) 659-6972
                                                  byu@dickinson-wright.com

                                                  Brian M. Johnson
                                                  300 West Vine Street, Suite 1700
                                                  Lexington, KY 40507
                                                  bjohnson@dickinson-wright.com
                                                  (859) 899-8704

FOX ROTHSCHILD LLP

Sidney S. Liebesman (DE ID 3702)
Joshua Tufts (DE ID 7275)
1201 N. Market St., Suite 1200
Wilmington, DE 19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that attorney Brian S. Yu's application to appear as counsel for Plaintiffs is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on October 20, 2025, I served the foregoing on all counsel of record by CM/ECF electronic service and e-mail.

                  Daniel A. Griffith
                  600 North King Street, Suite 300
                  Wilmington, DE 19801
                  dgriffith@whitefordlaw.com

                  David S. Panzer
                  Eric S. Kronman
                  Warren Bianchi
                  1751 Pinnacle Drive
                  Suite 1000
                  Tysons, VA 22102
                  dpanzer@fluet.law
                  ekronman@fluet.law
                  wbianchi@fluet.law
                  gwilliams@fluet.law
                  e-file@fluet.law

                  /s/ *Brian S. Yu*
                  COUNSEL FOR PLAINTIFFS