# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-01432-JLH |
| ) | |
| BCAP GDI 1, INC. ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

## NOTICE OF EXPERT WITNESS DESIGNATIONS

On this day, the Defendant identifies Kellie Fedkenheuer, and Anthony Abbott, as expert witnesses. Their respective reports were served electronically. Each expert report contains, and was accompanied by the following: (i) a complete statement of all opinions the witness will express and the basis and reasons for them; (ii) the facts or data considered by the witness in forming them; (iii) any exhibits that will be used to summarize or support them; (iv) the witness's qualifications, including a list of all publications authored in the previous 10 years; (v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and (vi) a statement of the compensation to be paid for the study and testimony in the case.

Date:   November 4, 2025

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**
*/s/ Daniel A. Griffith*

Daniel A. Griffith (#4209)
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254

1

F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Warren Bianchi, *pro hac vice*
Grace Williams, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
ekronman@fluet.law
wbianchi@fluet.law
gwilliams@fluet.law
e-file@fluet.law

*Attorneys for Defendant*
*BCAP GDI 1, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all Parties.

                                                          */s/ Daniel A. Griffith*
                                                          Daniel A. Griffith, Esq. (#4209)