**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHERRY MORTON, et al., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> BCAP GDI 1, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 24-cv-01432-JLH-EGT |

**JOINT MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTIONS**
**FROM THE STANDING ORDER REGARDING PERSONAL ELETRONIC DEVICES**

Plaintiffs Sherry Morton and National Aerobics & Fitness Trainers Association and Defendant BCAP GDI 1, Inc. respectfully request an exemption from the Court's May 17, 2024 Standing Order, entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse*, to permit Sherry Morton, Joseph Burkhart, and Jeffrey Eagan to bring their personal electronic devices to the November 17, 2025 mediation in the above-captioned matter.

All counsel and staff agree to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
THE HONORABLE LAURA D. HATCHER
UNITED STATES MAGISTRATE JUDGE

Dated:  November 13, 2025

FOX ROTHSCHILD LLP

_/s/ Sidney S. Liebesman_____
Sidney S. Liebesman, Esquire (No. 3702)
Joshua K. Tufts, Esquire (No. 7275)
1201 North Market Street, Suite 1200
Wilmington, DE  19801
Phone (302) 654-7444/Fax (302) 656-8920
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

*Attorneys for Sherry Morton and National Aerobics & Fitness Trainers Association*

WHITEFORD, TAYLOR & PRESTON LLC

_/s/ Daniel A. Griffith_____
Daniel A. Griffith, Esquire (No. 4209)
600 N. King Street, Suite 300
Wilmington, DE  19801
Phone (302) 357-3254/Fax (302) 357-3274
dgriffith@whitefordlaw.com

*Attorneys for BCAP GDI 1, Inc.*