IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, et al., | |
| Plaintiffs/Counter-Defendants, | |
| v. | C.A. No. 24-cv-01432-JLH-EGT |
| BCAP GDI 1, INC., | |
| Defendant/Counter-Plaintiff. | |

FILED

NOV 17 2025

U.S. DISTRICT COURT DISTRICT OF DELAWARE

**JOINT MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTIONS FROM THE STANDING ORDER REGARDING PERSONAL ELETRONIC DEVICES**

Plaintiffs Sherry Morton and National Aerobics & Fitness Trainers Association and Defendant BCAP GDI 1, Inc. respectfully request an exemption from the Court's May 17, 2024 Standing Order, entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse*, to permit Sherry Morton, Joseph Burkhart, and Jeffrey Eagan to bring their personal electronic devices to the November 17, 2025 mediation in the above-captioned matter.

All counsel and staff agree to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

IT IS SO ORDERED this 17th day of NOVEMBER, 2025.

_____
THE HONORABLE LAURA D. HATCHER
UNITED STATES MAGISTRATE JUDGE