# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON and<br>NATIONAL AEROBICS & FITNESS<br>TRAINERS ASSOCIATION,<br><br>           Plaintiffs/Counter-<br>           Defendants,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>           Defendant/Counter-<br>           Plaintiff. | Civil Action No.: 1:24-cv-01432-JLH |

## **PLAINTIFFS' DISCLOSURES OF EXPERT WITNESSES**

Plaintiffs Sherry Morton and National Aerobics & Fitness Trainers Association, by counsel, make the following disclosures pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(2)(B).

### **EXPERT WITNESSES**

1. Julia Alcarez, CPA, CMA, CFE. Ms. Alcarez will testify consistently with the report served on Defendant via email on December 1, 2025.

2. Matthew C. Kostek, Ph.D. Dr. Kostek will testify consistently with the report served on Defendant via email on December 1, 2025.

[*Signature page to follow.*]

Dated: December 1, 2025

                                                Respectfully submitted

DICKINSON WRIGHT PLLC

*/s/ Brian M. Johnson*
Brian M. Johnson
300 West Vine Street, Suite 1700
Lexington, KY 40507
bjohnson@dickinson-wright.com
(859) 899-8704

Brian S. Yu (DE ID 6482)
825 Eye Street, N.W., Suite 900
Washington, DC 20006
Tel.: (202) 659-6972
byu@dickinson-wright.com

and

FOX ROTHSCHILD LLP

Sidney S. Liebesman (DE ID 3702)
Joshua Tufts (DE ID 7275)
1201 N. Market St., Suite 1200
Wilmington, DE 19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2025, I served the foregoing on all counsel of record by CM/ECF electronic service.

                              Daniel A. Griffith
                              600 North King Street, Suite 300
                              Wilmington, DE 19801
                              dgriffith@whitefordlaw.com

                              David S. Panzer
                              Eric S. Kronman
                              Warren Bianchi
                              1751 Pinnacle Drive
                              Suite 1000
                              Tysons, VA 22102
                              dpanzer@fluet.law
                              ekronman@fluet.law
                              wbianchi@fluet.law
                              gwilliams@fluet.law
                              e-file@fluet.law

                              /s/ *Brian S. Yu*
                              ATTORNEY FOR PLAINTIFFS