### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* )<br>)<br>Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>BCAP GDI 1, INC. )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 1:24-cv-01432-JLH |

### NOTICE OF EXPERT WITNESS REPLY REPORTS

On December 29, 2025, BCAP GDI 1, INC. disclosed two reply expert reports to the Plaintiffs/Counter-Defendants for Kellie Fedkenheuer, and Dr. Anthony Abbott, respectively. Each reply report was served electronically.

Date: December 29, 2025

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith (#4209)
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234 | F: (703) 590-0366
dpanzer@fluet.law
e-file@fluet.law
*Attorneys for Defendant*
*BCAP GDI 1, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all Parties.

                                                                */s/ Daniel A. Griffith*
                                                               Daniel A. Griffith, Esq. (#4209)