IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 24-cv-01432-JLH-EGT |
| ) | |
| BCAP GDI 1, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, in accordance with Fed. R. Civ. P. 26 and D. Del. LR 30.1, 30.4, and 30.6, testimony upon oral deposition will be taken of Matthew C. Kostek, before a court reporter duly authorized to administer oaths, at Fluet & Associates, PLLC, 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102 and be recorded by stenographic, audio, video, and/or real-time transcription means, beginning at **10:00 AM ET on Friday, January 23, 2026**, and continuing from day to day thereafter until the examination is completed.

Date:   January 2, 2026

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith Bar No. 004209
600 North King Street
Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Warren G. Bianchi, *pro hac vice*
Grace H. Williams, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**

        1751 Pinnacle Drive
        Suite 1000
        Tysons, VA 22102
        T: (703) 590-1234
        F: (703) 590-0366
        dpanzer@fluet.law
        ekronman@fluet.law
        e-file@fluet.law

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2026, I served the foregoing via electronic mail on counsel of record for all parties:

Sidney S. Liebesman, Esq.
sliebesman@foxrothschild.com

Joshua Kyle Tufts, Esq.
jtufts@foxrothschild.com

Brian M. Johnson, Esq.
bjohnson@dickinsonwright.com

        */s/ Daniel. A. Griffith*
        Daniel A. Griffith, Esq. (#4209)