## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHERRY MORTON and
NATIONAL AEROBICS & FITNESS
TRAINERS ASSOCIATION,

        Plaintiffs,

v.

BCAP GDI 1, INC.,

        Defendant.

Civil Action No.: 1:24-cv-01432-JLH

### NOTICE OF DEPOSITION OF KELLIE FEDKENHEUER

Please take notice that, in accordance with Fed. R. Civ. P. 30 and D. Del. LR 30, Plaintiffs' counsel will take the deposition of Kellie Fedkenheuer on Thursday, January 29, 2026, at 9:00 a.m. ET.  The deposition will be taken remotely via Zoom.  The deposition shall be for the purpose of discovery and for any and all other purposes allowed under the applicable rules.  The deposition shall be recorded by stenographic and audiovisual means.

FOX ROTHSCHILD LLP

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE ID 3702)
Joshua Tufts (DE ID 7275)
1201 N. Market St., Suite 1200
Wilmington, DE  19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
jtufts@foxrothschild.com

/s/ Brian M. Johnson
Brian M. Johnson (*pro hac vice*)
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Tel.: (859) 899-8700
bjohnson@dickinsonwright.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I served the foregoing on all counsel of record by e-mail.

Daniel A. Griffith
600 North King Street, Suite 300
Wilmington, DE 19801
dgriffith@whitefordlaw.com

David S. Panzer
Eric S. Kronman
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
dpanzer@fluet.law
ekronman@fluet.law
e-file@fluet.law

/s/ Sidney S. Liebesman
*Counsel for Plaintiffs*