# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON and<br>NATIONAL AEROBICS & FITNESS<br>TRAINERS ASSOCIATION,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:24-cv-01432-JLH |

## NOTICE OF DEPOSITION OF ANTHONY ABBOTT

Please take notice that, in accordance with Fed. R. Civ. P. 30 and D. Del. LR 30, Plaintiffs' counsel will take the deposition of Anthony Abbott on Wednesday, January 28, 2026, at 10:00 a.m. ET. The deposition will be taken remotely via Zoom. The deposition shall be for the purpose of discovery and for any and all other purposes allowed under the applicable rules. The deposition shall be recorded by stenographic and audiovisual means.

　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　*/s/ Sidney S. Liebesman*
　　　　　　　　　　　　　　　　　　Sidney S. Liebesman (DE ID 3702)
　　　　　　　　　　　　　　　　　　Joshua Tufts (DE ID 7275)
　　　　　　　　　　　　　　　　　　1201 N. Market St., Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Tel.: (302) 622-4237
　　　　　　　　　　　　　　　　　　sliebesman@foxrothschild.com
　　　　　　　　　　　　　　　　　　jtufts@foxrothschild.com

                                             */s/ Brian M. Johnson*
                                             Brian M. Johnson (*pro hac vice*)
                                             DICKINSON WRIGHT PLLC
                                             300 West Vine Street, Suite 1700
                                             Lexington, Kentucky  40507
                                             Tel.: (859) 899-8700
                                             bjohnson@dickinsonwright.com

                                             *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, I served the foregoing on all counsel of record by e-mail.

Daniel A. Griffith
600 North King Street, Suite 300
Wilmington, DE 19801
dgriffith@whitefordlaw.com

David S. Panzer
Eric S. Kronman
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
dpanzer@fluet.law
ekronman@fluet.law
e-file@fluet.law

                                             */s/ Sidney S. Liebesman*
                                             *Counsel for Plaintiffs*