IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY MORTON, et al.,<br><br>  Plaintiffs/Counter-Defendants,<br><br>  v.<br><br>BCAP GDI 1, INC.,<br><br>  Defendant/Counter-Plaintiff. | C.A. No. 24-cv-01432-JLH-EGT |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSHUA K. TUFTS**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Joshua K. Tufts of Fox Rothschild LLP as co-counsel for Plaintiffs/Counter-Defendants Sherry Morton and National Aerobics & Fitness Trainers Association is hereby withdrawn. Sidney S. Liebesman of Fox Rothschild LLP will remain as counsel to Plaintiffs/Counter-Defendants Sherry Morton and National Aerobics & Fitness Trainers Association.

							**FOX ROTHSCHILD LLP**

							 */s/ Joshua K. Tufts*
							Sidney S. Liebesman, Esquire (No. 3702)
							Joshua K. Tufts, Esquire (No. 7275)
							1201 North Market Street, Suite 1200
							Wilmington, DE  19801
							Phone (302) 654-7444/Fax (302) 656-8920
							sliebesman@foxrothschild.com
							jtufts@foxrothschild.com

							*Attorneys for Sherry Morton and National*
Dated:  January 16, 2026			*Aerobics & Fitness Trainers Association*