

600 North King Street, Suite 300
Wilmington, DE 19801-3776

302.353.4144

**Daniel A. Griffith**
Partner
302.357.3254
DGriffith@whitefordlaw.com

March 2, 2026

The Honorable Maryellen Noreika, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

The Honorable Jennifer L. Hall, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 6312
Wilmington, DE 19801

**Re:    Morton, et al v. BCAP GDI 1, Inc. (24-cv-01432-JLH-EGT)**
**Millennium Health & Fitness Incorporated v. Morton (26-cv-00135-MN)**

Dear Judge Noreika and Judge Hall:

I write on behalf of the parties to the above-referenced matters to request that they be referenced as "related cases". The cases arise out of the same operative facts, include overlapping parties and the same counsel representing the parties. The *Morton, et al v. BCAP GDI 1, Inc.* matter has been pending in this Court for 2 years and discovery is complete. If the *Millennium Health & Fitness Incorporated v. Morton* case had been originally filed in this Court, it would have been identified as a "related case". However, it was recently transferred from the United States District Court for the District of Arizona and therefore assigned as if originally filed here.

In the interest of judicial efficiency and to avoid overlapping and/or duplicative efforts, the parties would respectfully request that these be listed as "related cases" and that the *Millennium Health & Fitness Incorporated v. Morton* be reassigned.

We are, of course, available at Your Honors' convenience if the Court has any questions or comments regarding this request.

**Whiteford, Taylor & Preston LLP | whitefordlaw.com | DC · DE · FL · KY · MD · NC · NJ · NY · VA**

*Whiteford, Taylor & Preston LLP is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston LLC*

March 2, 2026
Page 2

Very truly yours,

*/s/ Daniel A. Griffith (#4209)*

Daniel A. Griffith

DG:dag

cc: Sidney Liebesman, Esquire