

1201 N. Market Street, Suite 1200
Wilmington, DE  19801
☎ 302.654.7444  🖶 302.656.8920
www.foxrothschild.com

SIDNEY S. LIEBESMAN
Direct No: 302.622.4237
Email: sliebesman@foxrothschild.com

July 22, 2026

**_VIA CM/ECF FILING AND HAND DELIVERY_**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

> Re:    *Sherry Morton, et al. v. BCAP GDI 1, Inc.*
>        D. Del. 24-CV-01432-JLH-EGT

Dear Judge Hall:

Plaintiffs write to report a conflict with the new pretrial conference date of August 3, 2026, and to request a new date.  Lead counsel for Plaintiffs, Brian Johnson, is scheduled to be out of the office from August 2-10, 2026, for a family vacation that was booked and paid for several months ago.  As a result, Mr. Johnson is not available to be in Delaware during that time period.

Plaintiffs' counsel have conferred with counsel for the Defendant regarding alternative dates, and counsel for the Defendant have added their comments to this letter.  All counsel are available for a pretrial conference any time between July 29-31.  We understand that it is possible that the Court continued the pretrial conference from July 31 based on conflicts that the Court may have next week.  We also understand that, even if the Court is available next week, moving the pretrial conference to an earlier date provides the Court with less time to review the pretrial order. The parties are working diligently to file the pretrial order as soon as possible.

Alternatively, all counsel are available any time between August 11-14 with the exception of a telephonic hearing in another case on August 12 from 3:00-4:00.  Although lead counsel for the Defendant is available between August 11-14, he has expressed concern that a pretrial conference so close to the trial date could create disruptions in trial preparation – and would not allow time to make adjustments to pretrial plans.  The parties would, therefore, prefer to conduct the pretrial conference next week (rather than the week before trial) if the Court can accommodate it.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington



The Honorable Jennifer L. Hall
July 22, 2026
Page 2


If it would be helpful, counsel for the parties can be available at the Court's convenience for a call to discuss scheduling.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE ID 3702)


cc:    All Counsel (via e-mail)