**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SHERRY MORTON, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| BCAP GDI 1, INC. | ) | Civil Action No. 1:24-cv-01432-JLH-EGT |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.7, Warren G. Bianchi, hereby withdraws his appearance, *pro hac vice*, for Defendant BCAP GDI 1, Inc. Daniel A. Griffith, David S. Panzer, Eric S. Kronman, Thomas M. Craig, and Grace H. Williams remain counsel for Defendant.

Date:   July 24, 2026                    Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith (#4209)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Thomas M. Craig, *pro hac vice*
Grace Williams, *pro hac vice*
FLUET & ASSOCIATES, PLLC
1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
T: (703) 590-1234 | F: (703) 590-0366
dpanzer@fluet.law
ekronman@fluet.law
tcraig@fluet.law
gwilliams@fluet.law
e-file@fluet.law

*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notification of such filing to

counsel of record for all Parties.

*/s/ Daniel A. Griffith*
Daniel A. Griffith, Esq. (#4209)