# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHERRY MORTON and NATIONAL AEROBICS & FITNESS TRAINERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> BCAP GDI 1, INC., <br><br> Defendant. | Civil Action No.: 1:24-cv-01432-JLH |

**JOINT TRIAL EXHIBIT INDEX**

| # | Name | Bates | Date |
|---|---|---|---|
| 1 | Exhibit 1.3(c) Balance Sheets | BCAP_1194795 | 2022.12.31 |
| 2 | Email from Atruent to S. Morton re Confidential | BCAP_00673-BCAP_00677 | 2023.08.22 |
| 3 | MHF Balance Sheet | BCAP_1199846 | 2023.10.12 |
| 4 | Email from D. Thompson to E. Kronman re Revised SPA | BCAP_1197653-BCAP_1197654 | 2023.10.15 |
| 5 | MHF Bank Statement | BCAP_01005-BCAP_01020 | 2023.10.31 |
| 6 | MHF Bank Statement | BCAP_0765219-BCAP_0765232 | 2023.10.31 |
| 7 | Stock Purchase Agreement | BCAP_1201329-BCAP_1201395 | 2023.11.01 |
| 8 | NAFTA Agreement | BCAP_00100-BCAP_00108 | 2023.11.01 |
| 9 | Millennium-Lerwick Consultant Agreement | BCAP_00080-BCAP_00090 | 2023.11.01 |
| 10 | Side Letter Agreement | Ex. 15 to D. Thompson Deposition | 2023.11.01 |
| 11 | Equityholder Restrictive Covenant Agreement | BCAP_00091-BCAP_00095 | 2023.11.01 |
| 12 | Disclosure Schedules to SPA | BCAP_00109-BCAP_00165 | 2023.11.01 |
| 13 | Letter from S. Morton to BCAP_re SPA | BCAP_00965-BCAP_00966 | 2023.11.01 |
| 14 | UCC-1 filed by Pinnacle Bank | BCAP_00422-BCAP_00424 | 2023.11.01 |

| 15 | Email From S. Morton to K. Morton_re QuickBooks | BCAP_0901302-BCAP_0901303 | 2023.11.03 |
|---|---|---|---|
| 16 | Email from K. Morton re. Membership Payment Roster | BCAP_0048936-BCAP_0048939 | 2023.11.07 |
| 17 | Email re Videos populating MHF site | BCAP_1194937-BCAP_1194940 | 2023.12.06 |
| 18 | Email re Draft NAFTA Training Letter | BCAP_1133552, BCAP_0336604-BCAP_0336605 | 2023.12.08 |
| 19 | Email from S. Morton re NAFTA Trainings | BCAP_0770135 | 2023.12.19 |
| 20 | Email from Zumbar to Sturek re NAFTA Training Agreement | BCAP_1194792-BCAP_1194793 | 2024.01.02 |
| 21 | Email from Seller re CPR Bid | BCAP_00780 | 2024.01.03 |
| 22 | Email from Seller re Curriculum Bid | BCAP_00812 – BCAP_00813 | 2024.01.03 |
| 23 | Email from H. Collins to F. Sturek re Request to Restore Files | BCAP_0332193-BCAP_0332194 | 2024.01.05 |
| 24 | Teams Meeting re File Restore | BCAP_0002783-BCAP_0002785 | 2024.01.10 |
| 25 | Email from H. Collins to Atruent re Ticket Updated | BCAP_0327974-BCAP_0327977 | 2024.01.18 |
| 26 | Email from Atruent to H. Collins re Ticket Updated | BCAP_0331616-BCAP_0331618 | 2024.01.23 |
| 27 | MHF Closing Balance Sheet | BCAP_0001273 | 2024.01.29 |
| 28 | Email from F. Sturek to H. Collins re Reference question re NAFTA GEI Certification | BCAP_0358834-BCAP_0358836 | 2024.02.23 |
| 29 | Email from A. Keehner re CEO Folder | BCAP_0344912-BCAP_0344914 | 2024.03.26 |
| 30 | Emails Between F. Sturek and H. Collins re Fitness club fees | BCAP_0379590-BCAP_0379592 | 2024.05.02 |
| 31 | Email from J. Dufrene to F. Sturek re M00264-22-R-0008 | BCAP_0373135-BCAP_0373137 | 2024.05.08 |
| 32 | Letter re USMC pricing | BCAP_0366926-BCAP_0366927 | 2024.05.08 |
| 33 | Post-sale MHF table on lost contracts | BCAP_1197298-BCAP_1197300 | 2024.05.10 |
| 34 | Email for J. Zopelis to F. Sturek re Task Award | BCAP_0977806-BCAP_0977810 | 2024.05.14 |

| 35 | Email Correspondence re USMC Thoughts | BCAP_0788501-BCAP_0788502 | 2024.05.14 |
|---|---|---|---|
| 36 | Letter to Eric Schnabel | BCAP_0965127-BCAP_0965131 | 2024.05.14 |
| 37 | Email thread re USMC documents | BCAP_0788503 | 2024.05.14 |
| 38 | Teams Meeting re Atruent Monitoring | BCAP_0046569-BCAP_0046573 | 2024.09.03 |
| 39 | Email from S. Morton_re Closing Certificate | | 2024.09.09 |
| 40 | Email from S. Morton to F. Sturek_re Vimeo | BCAP_0001938-BCAP_0001941 | 2024.09.14 |
| 41 | Email from J. Burkhart to H. Collins re EPA Membership Email Communications | BCAP_0420346 | 2024.09.16 |
| 42 | Letter from MHF to Lerwick_re Notice of Termination for Cause of Consultant Agreement | BCAP_00952 | 2024.10.24 |
| 43 | Official Notice - Buyer - Consultant Agreement | | 2024.10.24 |
| 44 | Email from J. Burkhart to H. Collins re EPA reimbursement | BCAP_0039100 | 2024.10.30 |
| 45 | Official Notice - Buyer - NAFTA Agreement | | 2024.10.31 |
| 46 | Official Notice - Buyer - Stock Purchase Agreement | | 2024.10.31 |
| 47 | Direct Indemnity Claim Notice | BCAP_00383-BCAP_00390 | 2024.10.31 |
| 48 | Direct Indemnity Claim Notice and Opportunity to Cure | | 2024.11.04 |
| 49 | Official Notice - Seller - NAFTA Response | | 2024.11.07 |
| 50 | Official Notice - Seller - SPA - Response 2 | | 2024.11.07 |
| 51 | Emails Between F. Sturek and E. Oxley re Cognito wins again | BCAP_0027364 | 2024.11.14 |
| 52 | Official Notice - Buyer - NAFTA Response (with Attachments 1-6) | | 2024.11.15 |
| 53 | Email from S. Rump to J. Burkhart re M00264-22-R-0008 | BCAP_0754072-BCAP_0754074 | 2024.11.17 |
| 54 | Email from K. Morton to J. Eagan re November 10 Payroll | BCAP_0754809-BCAP_0754817 | 2024.11.22 |

| 55 | Email from K. Morton to J. Eagan re EPA Deposits Yearly Number | BCAP_0755152-BCAP_0755153 | 2024.12.02 |
|---|---|---|---|
| 56 | Letter from S. Morton to BCAP re Additional Resp to Oct 31 Notice | | 2024.12.02 |
| 57 | Official Notice - Buyer - Stock Purchase Agreement Counter Claim Response | | 2024.12.04 |
| 58 | Preliminary Disclosure Letter | BCAP_1195593-BCAP_1195595 | 2025.02.24 |
| 59 | Pinnacle-Millennium Term Sheet | BCAP_0021889-BCAP_0021894 | |
| 60 | S. Morton email re: meeting notes (Jan. 17, 2024) | BCAP_0330240-BCAP_0330242 | |
| 61 | Pinnacle-Summary of Terms and Conditions | BCAP_0014718-BCAP_0014723 | |
| 62 | Funds Flow | P-0000360-P-0000361 | |
| 63 | Summary of Amounts Owed by Company | BCAP_0636 | |