# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SHERRY MORTON and
NATIONAL AEROBICS & FITNESS
TRAINERS ASSOCIATION,

        Plaintiffs,

v.

BCAP GDI 1, INC.,

        Defendant.

Civil Action No.: 1:24-cv-01432-JLH

## PLAINTIFFS' TRIAL EXHIBITS

| No. | Exhibit Identification/Name | Bates Labels/Other ID Information | Date | Objection(s) |
|---|---|---|---|---|
| 1. | Email thread re: CHPS contract award | BCAP_0013986-BCAP_0013987 | July 19, 2023 | FRE 402, 403, 802 |
| 2. | J. Burkhart email and attachments re: H2F government work | BCAP_0013686-BCAP_0013687 | Mar. 9, 2023 | FRE 402, 403 |
| 3. | MHF-CFT Letter of Intent | BCAP_0026907-BCAP_0026911 | Aug. 19, 2023 | FRE 402, 403, 802, Parol Evidence |
| 4. | Email thread re: BCAP & CFT Investor Update | BCAP_0015106-BCAP_0015107 | Oct. 16, 2023 | FRE 402, 403 |
| 5. | Email thread re: CFT revenue and size standards | BCAP_0020330-BCAP_0020334 | Aug. 30, 2024 | FRE 402, 403, 802 |
| 6. | Email thread re: BCAP Investor Update | BCAP_0026605-BCAP_0026606 | May 22, 2024 | FRE 402, 403 |
| 7. | Email thread re: MHF and CFT combined 5-year lookback average | BCAP_0389242-BCAP_0389243 | Aug. 19, 2024 | FRE 402, 403 |
| 8. | SBA Size Standards Chart | BCAP_0044546-BCAP_0044566 | March 17, 2023 | FRE 402, 403, 802 |

| | | | | |
|---|---|---|---|---|
| 9. | Email thread re: CFT insurance review | BCAP_0037413-BCAP_0037417 | Oct. 29, 2024 | FRE 402, 403, 802 |
| 10. | Email thread re: CFT-MEI Deck Draft | BCAP_0016345-BCAP_0016346 | Sept. 17, 2023 | FRE 402, 403, 802 |
| 11. | Email thread re: joint MHF and Valletta planning | BCAP_0030317-BCAP_0030318 | Apr. 25, 2024 | FRE 402, 403, 802 |
| 12. | Email thread re: PS Uno and MCV | BCAP_0020191 | Aug. 28, 2024 | FRE 402, 403 |
| 13. | J. Burkhart email re: Mentor-Protégé Agreement electronic signing | BCAP_0027995 | July 30, 2024 | FRE 402, 403 |
| 14. | J. Eagan email re: summary of Millennium discussion | BCAP_0026939 | Oct. 6, 2023 | FRE 402, 403, Parol Evidence |
| 15. | J. Eagan email re: affiliation question | BCAP_0030485 | Oct. 2, 2024 | FRE 402, 403 |
| 16. | J. Burkhart email re: SBA and DoD Mentor-Protégé program comparison | BCAP_0033271-BCAP_0033272 | July 15, 2024 | FRE 402, 403 |
| 17. | Email thread re: Millennium size status | BCAP_0033581-BCAP_0033583 | May 24, 2024 | FRE 402, 403 |
| 18. | Email thread re: SBA size standards | BCAP_0033914-BCAP_0033915 | Mar. 11, 2024 | FRE 402, 403 |
| 19. | S. Morton emails advising change in business type registration | BCAP_0001394 | Mar. 12, 2024 | None |
| 20. | Email thread re: MHF independent contractor materials | BCAP_0021732-BCAP_0021733 | Aug. 8, 2023 | FRE 402, 403, Parol Evidence |
| 21. | M. Carey email (forwarded by J. Burkhart) re: analysis of Millennium offer value | BCAP_0019716 | July 26, 2023 | FRE 402, 403, Parol Evidence |
| 22. | BCAP-CFT email thread (re: ICS discussion) referring to significant earn-out | BCAP_0014084-BCAP_0014085 | June 20, 2023 | FRE 402, 403, Parol Evidence |
| 23. | Email thread re: Project Galapagos earn-out | BCAP_0014135-BCAP_0014136 | Jan. 27-Feb. 1, 2024 | FRE 402, 403, Parol Evidence |
| 24. | BCAP email thread re: RazorX2 earn-out | BCAP_0017274-BCAP_0017276 | Oct. 2, 2023 | FRE 402, 403 |

| | | | |
|---|---|---|---|
| 25. | J. Burkhart email re: earnout | BCAP_0029218 | Apr. 17, 2024 | FRE 402, 403 |
| 26. | MHF 2024 Profit & Loss | Ex. 25 to Burkhart Deposition | | FRE 402, 403 |
| 27. | Pinnacle-Millennium Term Sheet | BCAP_0021889-BCAP_0021894 | | None. |
| 28. | Email thread re: "Sources & Uses" | BCAP_0026958-BCAP_0026959 | Oct. 9, 2023 | FRE 402, 403, Parol Evidence |
| 29. | Email thread re: negotiation disclosures | BCAP_0018696-BCAP_0018697 | Sept. 5, 2023 | FRE 402, 403, Parol Evidence |
| 30. | Email thread re: Closing Balance Sheet and Closing Certificate | BCAP_0762106-BCAP_0762109 | Jan. 30, 2024 | None. |
| 31. | S. Morton Close-out Draft MS Excel Worksheet | BCAP_0762110 | Jan. 30, 2024 | None. |
| 32. | Millennium Health & Fitness, Inc. Balance Sheet | | Sept. 30, 2023 | None. |
| 33. | Email thread re: MHF Board of Advisors Briefing Slides | BCAP_0035879-BCAP_0035880 | Feb. 21, 2024 | FRE 402, 403 |
| 34. | MHF A/P Summary | BCAP_0636 | Dec. 4, 2024 | None. |
| 35. | J. Eagan email attaching MHF Closing Certificate and Balance Sheet | | Jan. 31, 2024 | None. |
| 36. | MHF Closing Balance Sheet | | Nov. 1, 2023 | None. |
| 37. | J. Burkhart email re: proposed Closing Flow of Funds | BCAP_0023631 | Oct. 31, 2023 | FRE 402, 403, Parol Evidence |
| 38. | BCAP proposed Closing Flow of Funds | BCAP_0023632 | Oct. 31, 2023 | FRE 402, 403, Parol Evidence |
| 39. | Eagan email re: settle-up and attachment | BCAP_0001275-BCAP_0001276 | Jan. 31, 2024 | FRE 402, 403 |
| 40. | J. Eagan email re: settle-up | BCAP_0001346 | Feb. 23, 2024 | FRE 402, 403 |
| 41. | Notes from meeting between S. Morton, F. Sturek, J. Eagan, and J. Burkhart | BCAP_0028122-BCAP_0028123 | Aug. 1, 2024 | FRE 402, 403 |

| | | | | |
|---|---|---|---|---|
| 42. | K. Smith email re: Observation on the MHF Presentation Style and Approach | BCAP_0024560-BCAP_0024561 | Nov. 1, 2024 | FRE 402, 403, 802 |
| 43. | Email thread re: Burkhart-Sturek meetings and notes | BCAP_0975177-BCAP_0975180 | Sept. 24, 2024 | FRE 402, 403 |
| 44. | Email thread re: website music and J. Burkhart criticism of F. Sturek | BCAP_1191237-BCAP_1191238 | Sept. 25, 2024 | FRE 402, 403 |
| 45. | Email thread re: J. Burkhart meeting updates | BCAP_0983943-BCAP_0983944 | Jan. 15, 2025 | FRE 402, 403 |
| 46. | Email thread re: Atruent ticket update | BCAP_0019689-BCAP_0019693 | Aug. 29, 2024 | None. |
| 47. | Email thread re: Atruent monitoring and discussion of legal strategy | BCAP_0020201-BCAP_0020202 | Aug. 28, 2024 | None. |
| 48. | Email thread re: Atruent | BCAP_00673-BCAP_00677 | Aug. 23, 2023 | None. |
| 49. | Post-sale MHF table on lost contracts | | Oct. 31, 2024 | None. |
| 50. | Email thread re: notification of unsuccessful ICE bid | BCAP_0373391-BCAP_0373393 | May 10, 2024 | None. |
| 51. | Email thread re: S. Rump and J. Burkhart exchange on USMC contract loss on price | BCAP_0754072-BCAP_0754074 | Nov. 17, 2024 | None. |
| 52. | Email thread re: contract bid loss to Cognito | BCAP_0027364 | Nov. 14, 2024 | None. |
| 53. | Email thread re: notification of unsuccessful CFT bid on SAFE program | BCAP_0784241-BCAP_0784243 | Aug. 18, 2024 | FRE 402, 403 |
| 54. | MHF Contract losses summary | BCAP_1197298-BCAP_1197300 | | None. |
| 55. | Email thread re: business development and S. Morton organizational advice | BCAP_0018111-BCAP_0018115 | Jan. 4, 2024 | FRE 402, 403, 802 |
| 56. | S. Morton email re: Sports Official – Price List Expiration | BCAP_0001207-BCAP_0001208 | Jan. 10, 2024 | FRE 402, 403, 802 |

| | | | | |
|---|---|---|---|---|
| 57. | Email thread re: Business Development | BCAP_0001445-BCAP_0001446 | May 4, 2024 | FRE 802 |
| 58. | S. Morton email re: July reflections on business development | BCAP_0030765-BCAP_0030767 | Aug. 3, 2024 | FRE 802 |
| 59. | Email thread re: new user added to QuickBooks Online | BCAP_0901302-BCAP_0901303 | Nov. 3, 2023 | None. |
| 60. | Email thread re: Vimeo – Millennium Account | BCAP_0001938-BCAP_0001941 | Dec. 5, 2023 | None. |
| 61. | Email thread re: S. Morton role as transition manager | BCAP_0036403-BCAP_0036405 | May 12, 2024 | None. |
| 62. | Email thread re: BCAP "deception plan of cooperation" with transition manager role | BCAP_0788393-BCAP_0788395 | May 12, 2024 | FRE 402, 403 |
| 63. | Email thread re: NAFTA bid | BCAP_0001119-BCAP_0001120 | Jan. 4, 2024 | None. |
| 64. | Email thread re: NAFTA issues | BCAP_0025111-BCAP_0025117 | Jan. 24, 2024 | None. |
| 65. | Email thread re: NAFTA Training Agreement Clarification | | Jan. 2, 2024 | None. |
| 66. | Email thread re: update from S. Morton (June 13, 2024) | BCAP_0790816-BCAP_0790817 | June 13, 2024 | FRE 402, 403, 802 |
| 67. | MHF-ALTA Agreement | | July 29, 2024 | None. |
| 68. | BCAP capitalization tables | | | FRE 402, 403 |
| 69. | J. Eagan email re: MHF and Valletta issues | BCAP_0039822 | Sept. 20, 2024 | FRE 402, 403 |
| 70. | J. Burkhart Letter to OIGs | BCAP_1195593-BCAP_1195595 | Feb. 24, 2025 | None. |
| 71. | Severance Agreement and General Release between Sturek and CFT, LLC | BCAP_1200176-BCAP_1200183 | June 3, 2025 | FRE 402, 403 |
| 72. | Memorandum from J. Burkhart re: Millennium post-Closing performance | BCAP_1200187-BCAP_1200190 | July 16, 2024 | FRE 402, 403 |
| 73. | Agenda re: Meeting of F. Sturek, J. Eagan, and J. Burkhart | BCAP_1200193-BCAP_1200194 | Sept. 18, 2024 | FRE 402, 403 |

| | | | | |
|---|---|---|---|---|
| 74. | Draft Memorandum from J. Burkhart re: F. Sturek 2024 Performance Review | BCAP_1200184-BCAP_1200186 | Dec. 13, 2024 | FRE 402, 403 |
| 75. | Agenda re: CrestPeak Strategy and Performance Improvement Meeting | BCAP_1200195-BCAP_1200196 | July 16, 2024 | FRE 402, 403 |
| 76. | Memorandum to BCAP Board re: F. Sturek Termination | BCAP_1200197-BCAP_1200201 | Jan. 19, 2025 | FRE 402, 403 |
| 77. | Email thread re: S. Morton July Reflections on business development | BCAP_0030387-BCAP_0030389 | Aug. 3, 2024 | FRE 402, 403, 802 |
| 78. | Email thread re: USMC communications | BCAP_0788501-BCAP_0788502 | May 14, 2024 | None. |
| 79. | Email thread re: pre-acquisition conference and Millennium monthly bills | BCAP_0002564-BCAP_0002567 | Sept. 16, 2023 | FRE 402, 403, 802, Parol Evidence |
| 80. | Email thread re: S. Morton's monthly consulting hours | BCAP_0766805-BCAP_0766809 | Jan. 29, 2024 | FRE 402, 403, 802 |
| 81. | Email thread re: file restoration | BCAP_0002783-BCAP_0002785 | Jan. 10, 2024 | None. |
| 82. | Email thread re: Atruent security monitoring and deleted files (Aug. 28, 2024) and Teams meeting invitation | BCAP_0046569-BCAP_0046573 | Sept. 4, 2024 | None. |
| 83. | Email thread re: CEO Folder access | BCAP_0344912-BCAP_0344914 | Mar. 26, 2024 | None. |
| 84. | Email thread re: M00264-22-R-0008 TECOM SMIP RFP response | BCAP_0373027-BCAP_0373028 | May 8, 2024 | None. |
| 85. | Email thread showing past knowledge input to proposal | BCAP_0766420-BCAP_0766422 | Jan. 22-23, 2024 | None. |
| 86. | DHS ICE Notice of Task Order Award to Aquila | BCAP_0965127-BCAP_0965131 | May 14, 2024 | None. |

| | | | | |
|---|---|---|---|---|
| | for ICE RFQ #70CMSW24Q00000006 (PCN Gym Support Services) | | | |
| 87. | Email thread re: Vimeo - Millennium Account (NAFTA videos) | BCAP_1194937- BCAP_1194940 | Dec. 6, 2023 | None. |
| 88. | S. Morton email re: meeting notes | BCAP_0330240- BCAP_0330242 | Jan. 17, 2024 | None. |
| 89. | Email thread and attachment re: draft NAFTA training letter | BCAP_1133552, BCAP_0336604- BCAP_0336605 | Dec. 8, 2023 | None. |
| 90. | Email thread re: A. Noshirvani report and attachment | BCAP_0025320- BCAP_0015323 | Sept. 4, 2024 | None. |
| 91. | Email thread re: NAFTA training | BCAP_0045430- BCAP_0045434 | Feb. 12, 2024 | FRE 802 (as to Morton's email) |
| 92. | Email thread re: reference question on NAFTA NCCA GEI certification | BCAP_0358834- BCAP_0358836 | Feb. 23, 2024 | None. |
| 93. | Email thread re: EPA payroll deductions | BCAP_0048936- BCAP_0048939 | Nov. 7, 2023 | None. |
| 94. | Email thread re: Fitness club fees | BCAP_0379590- BCAP_0379592 | May 2, 2024 | None. |
| 95. | K. Morton email re: November 10 Payroll | BCAP_0754809, BCAP_0754811- BCAP_0754817 | Nov. 22, 2024 | None. |
| 96. | J. Eagan email re: 2018 FBI proposal from GSA eBuy | BCAP_0330476 | Jan. 18, 2024 | FRE 403 |
| 97. | S. Morton email re: NAFTA Trainings | BCAP_0770135 | Dec. 19, 2023 | None. |
| 98. | Email thread re: EPA Deposits Yearly Number | BCAP_0755152- BCAP_0755153 | Dec. 2, 2024 | None. |
| 99. | Email thread re: EPA Reimbursement | BCAP_0039100 | Oct. 30, 2024 | None. |
| 100. | H. Collins email re: Resignation Notification | BCAP_01036 | Jan. 28, 2025 | FRE 402, 403 |

| | | | | |
|---|---|---|---|---|
| 101. | Email thread re: Heather (Collins's) Offer Letter | BCAP_0044445 | Oct. 25, 2023 | FRE 402 |
| 102. | Email thread re: Andrews Aerobic Utilization Report Jan 2024 | BCAP_0987931- BCAP_0987932 | Feb. 20, 2024 | None. |
| 103. | Email thread re: CPR AED First Aid 6.15.21 | BCAP_0669895- BCAP_0669896 | June 16, 2021 | FRE 402, 403 |
| 104. | Email thread re: AFMC Pricing | BCAP_0616379- BCAP_0616380 | Aug. 11, 2020 | FRE 402 |
| 105. | Email thread re: CHPS Configuration | BCAP_0454240- BCAP_0454241 | Apr. 26, 2023 | FRE 402 |
| 106. | Email thread re: Request to Restore Files | BCAP_0332193- BCAP_0332194 | Jan. 5, 2024 | FRE 403, 602 |
| 107. | Email thread re: FBI solicitation response (with J. Zopelis and H. Collins follow-up) | BCAP_0330110- BCAP_0330112 | Jan. 16, 2024 | FRE 403, 602 |
| 108. | Email thread re: Ticket Updated: T20240116.0063 | BCAP_0330243- BCAP_0330246 | Jan. 17, 2024 | FRE 403, 602 |
| 109. | Email thread re: Ticket Updated: T20240116.0063 | BCAP_0327974- BCAP_0327977 | Jan. 18, 2024 | None. |
| 110. | Email thread re: Ticket Updated: T20240116.0063 | BCAP_0331616- BCAP_0331618 | Jan. 23, 2024 | None. |
| 111. | Email thread re: Participant Email – E3 Participants | BCAP_0669318- BCAP_0669322 | Feb. 14, 2021 | FRE 402, 403 |
| 112. | H. Collins email re: Virtual Budget | BCAP_0175307 | May 17, 2022 | FRE 403 |
| 113. | Email thread re: EPA San Francisco Fitness Center | BCAP_0553343- BCAP_0553344 | Jan. 20, 2021 | None. |
| 114. | H. Collins email re: Testimonials | BCAP_0669216 | Feb. 13, 2021 | FRE 402, 403, 802 |
| 115. | Email thread re: E3 Instructor Highlight | BCAP_0705398- BCAP_0705399 | Jan. 11, 2021 | FRE 402, 403, 802 |
| 116. | Email thread re: EPA Membership Email Communications | BCAP_0420346 | Sept. 16, 2024 | None. |
| 117. | Email thread re: Solicitations | BCAP_0034305- BCAP_0034307 | Mar. 12, 2024 | None. |
| 118. | Email thread re: Request - Valletta Industries | BCAP_0046712- BCAP_0046713 | Jan. 3, 2024 | FRE 402, 403, 802 |

| | | | | |
|---|---|---|---|---|
| 119. | Email thread re: Solicitations on Sam.gov | BCAP_0018867-BCAP_0018871 | Nov. 19, 2023 | None. |
| 120. | Email thread re: Business Development Opportunities | BCAP_0025936-BCAP_0025939 | Dec. 13, 2023 | None. |
| 121. | F. Sturek email re: Webinar: Unraveling the mysteries of indirect rates for GovCons | BCAP_0045345-BCAP_0045347 | Mar. 12, 2024 | FRE 402 |
| 122. | Email thread re: ICE HQ Fitness Facility Vol 1 Technical Approach version 2 | BCAP_0349488-BCAP_0349489 | Mar. 21, 2024 | None. |
| 123. | Email thread re: M00264-22-R-0008 TECOM SMIP | BCAP_0373135-BCAP_0373137 | May 8, 2024 | None. |
| 124. | Email thread re: Task Order Award Notification for ICE RFQ | BCAP_0977806-BCAP_0977810 | May 14, 2024 | None. |
| 125. | D. Thompson email re: Revised SPA | BCAP_1197653-BCAP_1197654 | Oct. 15, 2023 | None. |
| 126. | K. Zumbar email re: Millennium Required Certifications Due | BCAP_1130711-BCAP_1130712 | Dec. 22, 2023 | FRE 403 |
| 127. | Email thread re: NAFTA Agreement Clarification | BCAP_1194792-BCAP_1194793 | Jan. 2, 2024 | None. |
| 128. | Email thread re: Millennium Staff Certifications Update | BCAP_1138191-BCAP_1138195 | Mar. 19, 2024 | None. |
| 129. | Email thread re: American Aerobic Association International | BCAP_0183113-BCAP_0183119 | May 3, 2022 | FRE 402, 403, 802 |
| 130. | Email thread re: 5-year Approval with Compliance Report for GEI Program | BCAP_0584613-BCAP_0584614 | Jan. 3, 2021 | FRE 402, 403 (as to top line email only) |
| 131. | Email thread re: 5-year Approval with Compliance Report for GEI Program (with R. Hinton follow-up) | BCAP_0581015-BCAP_0581016 | Jan. 3, 2021 | FRE 402, 403 (cumulative) |
| 132. | Email thread re: Military Services COOL Program | BCAP_0010400-BCAP_0010403 | Jan. 26, 2022 | FRE 402, 403 (cumulative), 802 |
| 133. | K. Zumbar email re: Millennium NAFTA | BCAP_1142903 | Feb. 21, 2024 | FRE 402, 403 |

| | Customer Service training module request | | | |
|---|---|---|---|---|
| 134. | K. Zumbar email re: NAFTA communications to independent contractors | BCAP_1035615-BCAP_1035616 | Dec. 4, 2023 | FRE 402, 403 (cumulative) |
| 135. | Joint Base Andrews On-site Group Fitness Report | BCAP_0109722-BCAP_0109727 | Jan. 22, 2025 | FRE 402 |
| 136. | Modification P00005 to Contract No. FA2860-17-P-0005 | BCAP_0390950-BCAP_0390962 | Jan. 14, 2018 | FRE 402, 403, 802 |
| 137. | Statement of Work for Aerobics Instructor – Fairchild AFB | BCAP_0021163-BCAP_0021167 | Nov. 23, 2023 | None. |
| 138. | Civilian Health Promotion Services III Performance Work Statement | BCAP_0375362-BCAP_0375384 | July 19, 2023 | FRE 402, 403, 802 |
| 139. | K. Zumbar email re: WHS Certification and credentialing report | BCAP_1022661 | Oct. 30, 2024 | FRE 402 |
| 140. | Email thread re: EPA payments | BCAP_0856140-BCAP_0856143 | Feb. 10, 2022 | None. |
| 141. | List of paying EPA employees | Ex. 207 to K. Morton Deposition | | None. |
| 142. | Dubuque Bank Statement | BCAP_0038068-BCAP_0038087 | Feb. 28, 2022 | None. |
| 143. | Dubuque Bank Statement | BCAP_0037722-BCAP_0037735 | Apr. 30, 2024 | None. |
| 144. | K. Morton email re: Membership | BCAP_0759465 | Oct. 30, 2024 | None. |
| 145. | Email thread re: Financial Allotment Question | BCAP_0510763-BCAP_0510764 | July 14, 2020 | None. |
| 146. | K. Morton email re: Aprio | BCAP_0928924 | Dec. 19, 2023 | FRE 402 |
| 147. | Email thread re: October (2023) Financial and Estimated Closing Balance Sheet | BCAP_0890185-BCAP_0890197 | Nov. 16, 2023 | FRE 402, 403, 802 |
| 148. | Email thread re: Valletta Financials | BCAP_0754302-BCAP_0754303 | Nov. 19, 2024 | FRE 402 |
| 149. | Email thread re: MEI – Closing Checklist | BCAP_1201688-BCAP_1201989 | Oct. 31, 2023 | FRE 402, 403, Parol Evidence |
| 150. | Email thread re: MEI – Closing Checklist | BCAP_1200699-BCAP_1200701 | Oct. 31, 2023 | FRE 402, 403, Parol Evidence |

| | | | | |
|---|---|---|---|---|
| 151. | Email thread re: 2022 FEO, FCO, NAFTA and Resources file cleanup | BCAP_0006386-BCAP_0006391 | Aug. 8, 2022 | FRE 402, 403, 802 |
| 152. | S. Morton email re: Sharepoint Files | BCAP_0160581-BCAP_0160583 | May 31, 2022 | FRE 402, 403, 802 |
| 153. | Millennium Tax Return | P-0003916-P-0004511 | Nov. 1, 2023 | None. |
| 154. | Email thread re: Federal Fitness Center Services Update | BCAP_0597240-BCAP_0597241 | Nov. 30, 2020 | None. |
| 155. | H. Collins email re: Millennium Virtual Membership – Flyer | BCAP_0604657 | July 12, 2021 | None. |
| 156. | Email thread re: NAFTA development and accreditation history | BCAP_0312602-BCAP_0312604 | Feb. 12, 2024 | FRE 402, 403 |
| 157. | Email thread re: BCAP dispute with S. Morton | BCAP_0772279 | Jan. 9, 2024 | None. |
| 158. | Email thread re: EPA reimbursement | BCAP_0415197-BCAP_0415200 | Oct. 30, 2024 | None. |
| 159. | Email thread re: conversation with S. Morton | BCAP_0333500 | Jan. 10, 2024 | None. |
| 160. | Email thread re: outstanding items pre-Closing | BCAP_1199194-BCAP_1199198 | Oct. 27, 2023 | FRE 402, 403, Parol Evidence |
| 161. | Draft Consultant Agreement | BCAP_1199967-BCAP_1199978 | Oct. 23, 2023 | FRE 402, 403, Parol Evidence |
| 162. | Agenda re: Meeting | BCAP_0001057-BCAP_0001060 | Sept. 13, 2024 | None. |
| 163. | Email thread re: SharePoint access | BCAP_0001944-BCAP_0001945 | | None. |
| 164. | S. Morton email re: SharePoint Files (Dec. 9, 2023) | BCAP_0009070 | Dec. 5, 2023 | FRE 402, 403 |
| 165. | Email thread re: J. Zopelis performance review and CFT 2022 bonus proposal | BCAP_0029714-BCAP_0029716 | Dec. 9, 2023 | FRE 402, 403 |
| 166. | Email thread re: re: Mentor Protégé Agreement | BCAP_0031769 | June 20, 2024 | FRE 402, 403 |
| 167. | Email thread re: Millennium size status | BCAP_0033585-BCAP_0033587 | May 24, 2024 | FRE 402, 403 |
| 168. | Email thread re: Millennium Board of | BCAP_0035879-BCAP_0035880 | Feb. 21, 2024 | FRE 402, 403 |

| | | | | |
|---|---|---|---|---|
| | Advisors briefing, including accounting basis | | | |
| 169. | S. Rump email re: Millennium cash basis financials | BCAP_0790107 | June 12, 2024 | FRE 402, 403 |
| 170. | Email thread re: BCAP claims and restored files | BCAP_0984135- BCAP_0983136 | Jan. 22, 2025 | None. |
| 171. | Email thread re: SPA final negotiations | BCAP_1201411 | Oct. 19, 2023 | FRE 402, 403, Parol Evidence |
| 172. | S. Morton email re: Response to Sept. 13, 2024 meeting agenda | P-0000896 | Sept. 20, 2024 | FRE 402, 403, Parol Evidence |
| 173. | Email thread re: new hire CPR training | BCAP_0421646- BCAP_0421648 | Sept. 20, 2024 | FRE 402 |
| 174. | Email thread re: ARC national provider status verification | P-0010442- P-0010444 | Jan. 19, 2024 | FRE 403 (cumulative) |
| 175. | First Amendment to ARC Provider Agreement | P-0014889 | | FRE 402, 403, 802 |
| 176. | ARC Provider Agreement | P-0014890-0014897 | | FRE 402, 403, 802 |
| 177. | S. Morton email re: Consulting Agreement | P-0006555 | July 19, 2024 | FRE 802 |
| 178. | Pinnacle UCC Financing Statement | BCAP_00422- BCAP_00424 | Nov. 1, 2023 | None. |
| 179. | Millennium USSF Los Angeles SFB Service Quote | BCAP_0387996- BCAP_0388008 | Aug. 2, 2024 | FRE 402 |
| 180. | Email thread re: GSA RFQ1533697 debrief | BCAP_0329680- BCAP_0329684 / Ex. 5 to Fedkenheuer Deposition | Jan. 12, 2024 | FRE 402, 403 (cumulative) |
| 181. | Millennium ICE Fitness Center Pricing Schedule | BCAP_0344647 / Ex. 7 to Fedkenheuer Deposition | Mar. 25, 2024 | None. |
| 182. | T. Ross email re: ICE Fitness Center RFQ Amendment | BCAP_0964992 / Ex. 9 to Fedkenheuer Deposition | Apr. 30, 2024 | FRE 402 |
| 183. | Declaration of K. Fedkenheuer in *U.S. ex* | Ex. 12 to Fedkenheuer Deposition | Oct. 23, 2024 | FRE 403 |

| | | | | |
|---|---|---|---|---|
| | *rel. Foreman v. AECOM, et al.* | | | |
| 184. | Declaration of K. Fedkenheuer in *U.S. v. Kenner*, et al. | Ex. 13 to Fedkenheuer Deposition | Sept. 9, 2020 | FRE 403 |
| 185. | A. Abbott, Fitness Professionals: Certified, Qualified and Justified, The Exercise Standards and Malpractice Reporter | Ex. 1 to A. Abbott Deposition | Mar. 2009 | None. |
| 186. | C. Ramsey, NAFTA Personal Training Certification Review: Pros & Cons, InsuranceCanopy.com | Ex. 3 to A. Abbott Deposition | July 26, 2022 | None. |
| 187. | C. Ramsey LinkedIn.com Profile | Ex. 4 to A. Abbott Deposition | | FRE 402, 403, 802 |
| 188. | Fitness Institute Personal Trainer Program 2025 Course Schedule Webpage | Ex. 6 to A. Abbott Deposition | | None. |
| 189. | Email thread re: AF Fitness Centers | BCAP_0965104-BCAP_0965105 | May 12, 2024 | None. |
| 190. | Email thread re: 2018 FBI proposal | BCAP_0015341 | Feb. 8, 2024 | None. |
| 191. | Email thread re: FBI solicitation reminder | BCAP_0021399 | Jan. 15, 2024 | None. |
| 192. | Email thread re: FBI QCP Plan | BCAP_0327282 | Jan. 12, 2024 | None. |
| 193. | Email thread re: FBI solicitation response | BCAP_0327569-BCAP_0327571 | Jan. 16, 2024 | None. |
| 194. | Email thread re: FBI solicitation response (with J. Zopelis follow-up) | BCAP_0330105-BCAP_0330107 | Jan. 16, 2024 | None. |
| 195. | Email thread re: GSA site walkthrough | BCAP_0327992-BCAP_0327994 | Jan. 18, 2024 | None. |
| 196. | Email thread re: SharePoint storage of FBI proposal documents | BCAP_0328000-BCAP_0328002 | Jan. 18, 2024 | None. |
| 197. | Email thread re: FBI proposal documents | BCAP_0765955 | Jan. 18, 2024 | None. |
| 198. | Email thread re: USMC documents | BCAP_0036443-BCAP_0036445 | May 13, 2024 | FRE 402, 403 |
| 199. | Agenda re: Meeting with additional notes | BCAP_0038537-BCAP_0038544 | Sept. 13, 2024 | None. |

| | | | | |
|---|---|---|---|---|
| 200. | H. Collins email to S. Rump and J. Eagan re: USMC pricing files | BCAP_0301394 | May 16, 2024 | FRE 402 |
| 201. | Email thread re: USMC pricing volume | BCAP_0371586-BCAP_0371589 | May 20, 2024 | None. |
| 202. | J. Burkhart email re: anticipation of dispute with S. Morton | BCAP_0780676 | Sept. 27, 2024 | FRE 402, 403 |
| 203. | Email thread re: USMC pricing narrative | BCAP_0788396 | May 12, 2024 | None. |
| 204. | Email thread re: USMC documents | BCAP_0788503 | May 14, 2024 | None. |
| 205. | Email thread re: USMC debrief | BCAP_0123287-BCAP_0123290 | Nov. 27, 2024 | FRE 402, 403, 802 |
| 206. | Letter re: USMC pricing | BCAP_0366926-BCAP_0366927 | May 23, 2024 | None. |
| 207. | Email thread re: revised consultant agreement | BCAP_1201936-BCAP_1201938 | Oct. 26, 2023 | FRE 402, 403, Parol Evidence |
| 208. | Email thread re: estimate for bills | P-0003888-P-0003891 | Feb. 13, 2024 | FRE 402, 403, 802, Parol Evidence |
| 209. | Email with ECDBS | BCAP_1200688-BCAP_1200689 | Oct. 31, 2023 | FRE 402, 403, 802, Parol Evidence |
| 210. | Defendant's Supplemental Production of Documents Plaintiff Sherry Morton's Document Requests | | Oct. 1, 2025 | None. |
| 211. | Supplemental list of paying EPA employees | | | None. |
| 212. | Curriculum vitae of Matthew Kostek | Kostek materials | | None. |
| 213. | ACSM CPT Exam Content Outline | Kostek materials | | FRE 402, 403, 802 (unless introduced via expert) |
| 214. | NAFTA GEI course materials | Kostek materials | | None. |
| 215. | NAFTA PFT course materials | Kostek materials | | None, |
| 216. | Curriculum vitae of Julia Alcarez | Exhibit 220 | | None. |
| 217. | Interchange form, FBI | BCAP_0023993-BCAP_0024048 | Jan. 20, 2024 | FRE 402, 403 (cumulative), 802 |
| 218. | Email thread re: FBI Price Mapping | BCAP_0333688-BCAP_0333689 | Jan. 22, 2024 | None. |

| | | | | |
|---|---|---|---|---|
| 219. | Email re: FBI debrief | BCAP_1061786 | Feb. 8, 2024 | FRE 402, 403 (cumulative, confusing) |
| 220. | FBI RFQ | BCAP_0968139-BCAP_0968215 | Jan. 16, 2024 | FRE 402, 403, 802 |
| 221. | MEI Vol. II Price (2018) | BCAP_0330885-BCAP_0330890 | 2018 | FRE 403 |
| 222. | FBI RFC Vol. III Price Att. 6 | BCAP_0329690 | 2022 | FRE 403 |
| 223. | Email re: FBI 2022 debrief | BCAP_0329680-BCAP_0329684 | 2022 | FRE 402, 403 |
| 224. | MHF FBI Vol. I | BCAP_0989673-BCAP_0989698 | Jan. 23, 2024 | FRE 402, 403 |
| 225. | Email re FBI price mapping | BCAP_0331141 | Jan. 19, 2024 | FRE 402, 403 |
| 226. | MHF price mapping | BCAP_0331142 | Jan. 19, 2024 | FRE 402, 403 |
| 227. | Email re: FBI docs | BCAP_1125862 | Jan. 17, 2024 | FRE 402, 403 |
| 228. | Email thread re: Redstone Fitness Center | BCAP_0329858-BCAP_0329861 | Jan. 12, 2024 | FRE 402, 403 |
| 229. | Email thread re: Redstone Fitness Center | BCAP_0329809-BCAP_0329812 | Jan. 12, 2024 | FRE 402, 403 |
| 230. | MEI 2022 FBI submission Vol. I | BCAP_0329698-BCAP_0329764 | Jan. 12, 2024 | FRE 402, 403 |
| 231. | MEI 2022 FBI submission Vol. II | BCAP_0329691-BCAP_0329697 | 2022 | FRE 402, 403 |
| 232. | FBI 2022 debrief | BCAP_0329683-BCAP_0329684 | 2022 | FRE 402, 403, 802 |
| 233. | FBI announcement of RFQ | BCAP_1062950 | Jan. 11, 2024 | FRE 402, 403, 802 |
| 234. | ICE RFQ 2024 | BCAP_0358615-BCAP_0358663 | 2024 | FRE 402, 403, 802 |
| 235. | Contract 70CMSW24FR0000043 documents | Alcarez materials | | None. |
| 236. | MHF Contract 70CMSW24FR0000043 Att. 2 | BCAP_0376802 | May 1, 2024 | None. |
| 237. | ICE pricing options | BCAP_0344647 | Mar. 25, 2024 | None. |
| 238. | VISN 4 monthly report | BCAP_1091141-BCAP_1091151 | October 2024 | 402 |
| 239. | Email thread re: IDEA Virtual World | BCAP_0499355-BCAP_0499356 | July 8, 2020 | 402, 802 |
| 240. | Email thread re: ProctorU – NAFTA | BCAP_0626941-BCAP_0626946 | July 1, 2021 | 402, 802 |
| 241. | Email thread re: Service Agreement | BCAP_0644359-BCAP_0644364 | June 18, 2021 | 402, 802 |

| 242. | Email re: Add Email | BCAP_0698456 | Jan. 6, 2021 | 402, 802 |
|---|---|---|---|---|
| 243. | Email thread re: Questions | BCAP_0001237 | Jan. 15, 2024 | |
| 244. | Redline of FBI Proposal | BCAP_0968538-BCAP_0968586 | Jan. 20, 2024 | 402 |
| 245. | FBI Pricing | BCAP_0062906 | | FRE 402, 702; FRCP 26(a)(2)(D) |
| 246. | Email thread re: FBI – QCP | BCAP_0327741 | Jan. 17, 2024 | 402, 601 |
| 247. | Dkt. 76 – Response to request to file sanctions motion (conditioned on admission of DX 202) | | | Argument is not evidence; 802. |
| 248. | Dkt. 96 – Memorandum Order (conditioned on admission of DX 202) | | | None. |
| 249. | Email cancelling Aprio deposition (conditioned on admission of DX 188) | | Sept. 26, 2025 | None. |