# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHERRY MORTON and
NATIONAL AEROBICS & FITNESS
TRAINERS ASSOCIATION,

        Plaintiffs,

v.

BCAP GDI 1, INC.,

        Defendant.

Civil Action No.: 1:24-cv-01432-JLH

### BCAP GDI 1, INC.'S TRIAL EXHIBITS

| # | Exhibit Identification/Name | Bates or Other Identifying Information | Date | Objection(s) |
|---|---|---|---|---|
| 1 | The Exercise Standards and Malpractice Reporter | Abbott Depo Ex. 1 | 2009.03.01 | 802 |
| 2 | NAFTA Articles of Incorporation | Depo Ex. 96 | 2016.07.14 | 402, 403 |
| 3 | Email from S. Morton to MHF re financial allotment question | BCAP_0510763-BCAP_0510764 | 2020.07.14 | |
| 4 | Email from H. Collins to S. Morton re CHPS Pricing Matrix | BCAP_0616379-BCAP_0616380 | 2020.08.11 | |
| 5 | Email from D. Harding re Fitness Center Access | BCAP_00968 | 2020.11.18 | |
| 6 | Email from E. Danielski to S. Morton re B17 46 EPA 6175 | BCAP_00971-BCAP_00973 | 2020.12.14 | |
| 7 | Email from K. Olson to S. Morton re Credits Rejected | BCAP_00996-BCAP_00997 | 2020.12.14 | |
| 8 | Emails between Sherry Morton and Karen Olson (Dubuque Bank) | | 2020.12.14 | |
| 9 | Email correspondence discussing the mistaken payments | | 2020.12.14 | |
| 10 | Email from E. Danielski to S. Morton re Immediate Action | BCAP_00982-BCAP_00984 | 2020.12.17 | |

1

| | | | | |
|---|---|---|---|---|
| 11 | Email from Zumbar to S. Morton re 5-year Approval | BCAP_0584613-BCAP_0584614 | 2021.01.03 | |
| 12 | Email from H. Collins to Z. Conner re E3 Instructor Highlight | BCAP_0705398-BCAP_0705399 | 2021.01.11 | |
| 13 | Email from EPA to H. Collins re Checking In | BCAP_0553343-BCAP_0553344 | 2021.01.20 | |
| 14 | Email from H. Collins re Fitness Center Services | BCAP_00994 | 2021.01.26 | |
| 15 | Email from Thrope-Carter re Fitness Center Services | BCAP_00995 | 2021.01.26 | |
| 16 | Email from H. Collins to Z. Connor re Testimonials | BCAP_0669216 | 2021.02.13 | |
| 17 | Email from Z. Conner to H. Collins re Participant Email – E3 Participants | BCAP_0669318-BCAP_0669322 | 2021.02.14 | |
| 18 | MHF Shareholder Meeting Minutes | BCAP_1201102-BCAP_1231115 | 2021.05.12 | |
| 19 | Email from H. Collins to S. Morton re Zachary Conner shared CPR AED | BCAP_0669895-BCAP_0669896 | 2021.06.16 | |
| 20 | 2020 NAFTA Tax Return | | 2021.10.11 | 402, 403, 901 |
| 21 | Email from NAFTA to Navy re Military Services | BCAP_0010400-BCAP_0010403 | 2022.01.26 | |
| 22 | Email from S. Morton to K. Morton re EPA Systems | BCAP_0856140-BCAP_0856143 | 2022.02.10 | |
| 23 | MHF Bylaws | | 2022.03.14 | |
| 24 | Email from Zumbar to S. Morton re AAAI | BCAP_0183113-BCAP_0183119 | 2022.05.03 | |
| 25 | 2021 NAFTA Tax Return | | 2022.05.15 | 402, 403, 901 |
| 26 | Email from H. Collins to S. Morton re Virtual Budget | BCAP_0175307 | 2022.05.17 | |
| 27 | NAFTA Personal Training Certification Review: Pros & Cons | | 2022.07.26 | 802 |
| 28 | BCAP GDI 1 LP Capitalization Table | BCAP_0022840 | 2023.01.13 | |
| 29 | Email re Business Development Fed Fitness | BCAP_0013686-BCAP_0013687 | 2023.03.09 | |
| 30 | Email from S. Morton to H. Collins re Millenium One Last Time | BCAP_0004924-BCAP_0004925 | 2023.03.27 | 402, 403 |

| | | | | |
|---|---|---|---|---|
| 31 | Email from H. Collins to S. Morton re CHPS Configuration | BCAP_0454240-BCAP_0454241 | 2023.04.23 | |
| 32 | 2022 NAFTA Tax Return | | 2023.05.11 | 402, 403, 901 |
| 33 | Emails re ICS Discussion | BCAP_0014084-BCAP_0014085 | 2023.06.20 | |
| 34 | Email from M. Carey to J. Burkhart | BCAP_0013986-BCAP_0013987 | 2023.07.19 | |
| 35 | 2023.07.19_CHPS | BCAP_0375362-BCAP_0375384 | 2023.07.19 | |
| 36 | Email from J. Burkhart to S. Blairs | BCAP_0019716 | 2023.07.26 | |
| 37 | Email from S. Morton to Atruent re Confidential | BCAP_00672 | 2023.08.03 | |
| 38 | Email from C. Moua to M. Carey and B. Dyer | BCAP_0021732-BCAP_0021733 | 2023.08.08 | |
| 39 | Letter of Intent | BCAP_0026907-BCAP_0026911 | 2023.08.19 | |
| 40 | Email re Disclosure Summary | BCAP_0018696-BCAP_0018697 | 2023.09.05 | |
| 41 | Email from S. Morton re Monthly Bills | BCAP_0002564-BCAP_0002567 | 2023.09.16 | |
| 42 | Email from S. Rump re MEI Deck Draft | BCAP_0016345-BCAP_0016346 | 2023.09.17 | |
| 43 | Emails Between J. Eagan and J. Burkhart | BCAP_0030485 | 2023.10.02 | |
| 44 | Email from B. Dyer re RazorX2 Draft | BCAP_0017274-BCAP_0017276 | 2023.10.02 | |
| 45 | Email re Topics from MHF Discussion | BCAP_0026939 | 2023.10.06 | |
| 46 | Email from E. Kronman to D. Thompson re Draft of SPA | BCAP_1199372-BCAP_1199374 | 2023.10.11 | |
| 47 | Email re BCAP GDI 1 & CFT Investor Update | BCAP_0015106-BCAP_0015107 | 2023.10.16 | |
| 48 | Email from F. Sturek to S. Morton re Heathers offer letter | BCAP_0044445 | 2023.10.25 | |
| 49 | Email re CFT Liability and Crime Policy | BCAP_0037413-BCAP_0037417 | 2023.10.29 | |
| 50 | Email from N. Dhruve to J. Eagan re Closing Checklist | BCAP_1200688-BCAP_1200689 | 2023.10.31 | |

| 51 | Citi Card Payment | BCAP_00648 | 2023.11.01 | |
| 52 | Invoice for UKG | BCAP_00653 | 2023.11.01 | |
| 53 | Invoice for Hartford Insurance | | 2023.11.01 | |
| 54 | Table Showing Delta Between 9-30 Balance Sheet and Closing Balance Sheet | | 2023.11.01 | |
| 55 | Invoice for Doug Campbell | BCAP_00654 | 2023.11.02 | |
| 56 | Invoice for Leighanne Gerstbrein | BCAP_00651 | 2023.11.03 | |
| 57 | Email from Thompson to Kronman re Email Issue | | 2023.11.07 | 402, 403 |
| 58 | QB Payroll Transaction | BCAP_0754564 | 2023.11.07 | |
| 59 | Invoice for Keeping Healthy Simple Club | BCAP_00652 | 2023.11.08 | |
| 60 | Invoice for Edge of Texas | BCAP_00643 | 2023.11.08 | |
| 61 | Email from F. Sturek to J. Burkhart_re Sam.gov | BCAP_0001835-BCAP_0001837 | 2023.11.10 | |
| 62 | Payroll Summary | | 2023.11.10 | |
| 63 | Invoice for Kat Biadulina | | 2023.11.10 | |
| 64 | Invoice for PTS Diagnostic | BCAP_00649 | 2023.11.15 | |
| 65 | Invoice for Verizon | BCAP_00642 | 2023.11.16 | |
| 66 | Invoice for Teresa Torelli | BCAP_00647 | 2023.11.16 | |
| 67 | Invoice for PTS Diagnostic | BCAP_00650 | 2023.11.16 | |
| 68 | Email from Aprio to K. Morton re October Financial and Estimated Closing Balance | BCAP_0890185-BCAP_0890197 | 2023.11.16 | |
| 69 | Email from J. Zopelis to F. Sturek re Solicitations on sam.gov | BCAP_0018867-BCAP_0018871 | 2023.11.19 | |
| 70 | Invoice for Cloie Hernandez | BCAP_00655 | 2023.11.20 | |
| 71 | Invoice for Emma Balahoski | BCAP_00656 | 2023.11.20 | |
| 72 | Invoice for Joseph Malik | BCAP_00657 | 2023.11.20 | |
| 73 | Invoice for Kevin Quinn | BCAP_00658 | 2023.11.20 | |
| 74 | Invoice for Kylie Gerrian | BCAP_00659 | 2023.11.20 | |
| 75 | Invoice for Marckensley Constant | BCAP_00660 | 2023.11.20 | |
| 76 | Invoice for Marcus Woodard | BCAP_00661 | 2023.11.20 | |
| 77 | Invoice for Kathy Delio | BCAP_00662 | 2023.11.22 | |
| 78 | Invoice for Priscilla Goulart-Smith | BCAP_00663 | 2023.11.22 | |
| 79 | Invoice for Renada Ripple | BCAP_00664 | 2023.11.22 | |
| 80 | Invoice for FCE | | 2023.11.28 | |

4

| | | | | |
|---|---|---|---|---|
| 81 | Bank Statement M&T 4433 November 2023 (REDACTED) | BCAP_0754584 | 2023.11.30 | |
| 82 | Damages Calculation - MHF Employee Hours Current as of 2024-11-30 | | 2023.11.30 | |
| 83 | Email from Zumbar to MHF re NAFTA Communications | BCAP_1035615-BCAP_1035616 | 2023.12.04 | |
| 84 | Email from Seller regarding Vimeo Account | | 2023.12.05 | |
| 85 | Employment - Dickinson Wright invoice ($5,522) | | 2023.12.07 | |
| 86 | Email from J. Burkhart to J. Zopelis re BD Opportunities | BCAP_0025936-BCAP_0025939 | 2023.12.13 | |
| 87 | Email from K. Morton to H. Collins re Aprio | BCAP_0928924 | 2023.12.19 | |
| 88 | Email from Zumbar to Decker re Required Certs Due | BCAP_1130711-BCAP_1130712 | 2023.12.22 | |
| 89 | Invoice for Philadelphia Insurance | | 2023.12.27 | |
| 90 | Email re K. Odonohue CPR AED | BCAP_0770665-BCAP_0770666 | 2024.01.02 | |
| 91 | Email from S. Blair to F. Sturek re Request - Valletta Industries | BCAP_0046712-BCAP_0046713 | 2024.01.03 | |
| 92 | Email re NAFTA Oppurtunity-2 | BCAP_0001119-BCAP_0001120 | 2024.01.04 | |
| 93 | Email correspondence re CPR and Curriculum Bids | BCAP_00882-BCAP_00884 | 2024.01.04 | |
| 94 | CPR Bid Details | | 2024.01.05 | |
| 95 | January 9, 2024, Quickbooks | BCAP_00778-BCAP_00779 | 2024.01.09 | |
| 96 | Email from S. Morton to J. Eagan re Sports Official - Price List Expiration | BCAP_0001207-BCAP_0001208 | 2024.01.10 | |
| 97 | Email from H. Collins to E. Schnabel_re GSO RFQ1533697 | Fedkenheuer Depo Ex. 5 | 2024.01.12 | |
| 98 | Email from H. Collins to J. Zopelis re FBI Response | BCAP_0330110-BCAP_0330112 | 2024.01.16 | |
| 99 | Email from H. Collins to F. Sturek re Ticket Updated | BCAP_0330243-BCAP_0330246 | 2024.01.17 | |
| 100 | Email from J. Eagan re 2018 FBI Proposal | BCAP_0330476 | 2024.01.18 | |

5

| 101 | Email re SF 1449-FBI | BCAP_0373027-BCAP_0373028 | 2024.01.23 | |
|---|---|---|---|---|
| 102 | Email from Zumbar to Collins re Required Certs Due | BCAP_0321292-BCAP_0321294 | 2024.01.24 | |
| 103 | Email re NAFTA | BCAP_0025111-BCAP_0025117 | 2024.01.24 | |
| 104 | Email Discussing S. Mortons Work Hours | BCAP_0766805-BCAP_0766809 | 2024.01.29 | |
| 105 | Email re Sherry Close-Out Draft Jan 29 | BCAP_0762106-BCAP_0762109 | 2024.01.30 | |
| 106 | Invoice for Lori Bane | | 2024.01.30 | |
| 107 | Emails Between J. Eagan and J. Burkhart re Follow up | BCAP_0014135-BCAP_0014136 | 2024.02.01 | |
| 108 | Curriculum Bid Details | | 2024.02.08 | |
| 109 | Email re NAFTA Training | BCAP_0045430-BCAP_0045434 | 2024.02.12 | |
| 110 | Email from H. Collins to F. Sturek re Andrews Aerobic Utilization report Jan 2024 | BCAP_0987931-BCAP_0987932 | 2024.02.20 | |
| 111 | Email from Zumbar to C. Williams re MHF NAFTA Customer Service Training Module | BCAP_1142903 | 2024.02.21 | |
| 112 | Email from S. Rump_re MHF Board | BCAP_0035879-BCAP_0035880 | 2024.02.21 | |
| 113 | Texts w. S. Morton | | 2024.02.21 | |
| 114 | Email from S. Morton to J. Burkhart re True Up Discussion | BCAP_0001336-BCAP_0001338 | 2024.02.23 | |
| 115 | J. Eagan Email to S. Morton_re Settle-Up | BCAP_0001346 | 2024.02.23 | |
| 116 | Email re IDS - CFT Intro | BCAP_0020330-BCAP_0020334 | 2024.03.08 | |
| 117 | Email from J. Burkhart to Koby Krinsky | BCAP_0033914-BCAP_0033915 | 2024.03.11 | |
| 118 | BCAP_0034305_Email from J. Burkhart to E. Schnabel re Solicitations | BCAP_0034305-BCAP_0034307 | 2024.03.12 | |

| | | | | |
|---|---|---|---|---|
| 119 | Email from F. Sturek to J. Zopelis re Webinar | BCAP_0045345-BCAP_0045347 | 2024.03.12 | |
| 120 | Emails between S. Morton-J. Eagan-J. Burkhart | BCAP_0001394 | 2024.03.12 | |
| 121 | Email from Zumbar to Govt re Staff Required Certs | BCAP_1138191-BCAP_1138195 | 2024.03.19 | |
| 122 | Email from F. Sturek to J. Zopelis re ICE HQ | BCAP_0349488-BCAP_0349489 | 2024.03.21 | |
| 123 | Invoice for GSA IFF | | 2024.04.01 | |
| 124 | The Hartford Bill | BCAP_00644-BCAP_00646 | 2024.04.08 | |
| 125 | Email from J. Burkhart re Follow-up | BCAP_0029218 | 2024.04.17 | |
| 126 | Email re MHF and Valletta Discussion | BCAP_0030317-BCAP_0030318 | 2024.04.25 | |
| 127 | Email from R. Ross (DHS) to F. Sturek_re Amendment 1 to RFQ 70CMSW24Q00000006 | Fedkenheuer Depo Ex. 9 | 2024.04.30 | |
| 128 | Emails discussing BD | BCAP_0001445-BCAP_0001446 | 2024.05.06 | |
| 129 | Email Re M00264-22-R-0008 | BCAP_0766420-BCAP_0766422 | 2024.05.08 | |
| 130 | Emails Identifying S. Morton as Transition Manager | BCAP_0036403-BCAP_0036405 | 2024.05.12 | |
| 131 | Email from F. Sturek to J. Burkhart re M00264-22-R-0008 | BCAP_0788393-BCAP_0788395 | 2024.05.12 | |
| 132 | Email from J. Burkhart to S. Morton re USMC Transition Manager | BCAP_0787188-BCAP_0787189 | 2024.05.13 | |
| 133 | Email re BCAP GDI 1 Investor Update | BCAP_0026605-BCAP_0026606 | 2024.05.22 | |
| 134 | Email re Board Meeting Feedback | BCAP_0033581-BCAP_0033583 | 2024.05.24 | |
| 135 | Email re Update from Sherry | BCAP_0790816-BCAP_0790817 | 2024.06.13 | |
| 136 | Email re MPA Comparison | BCAP_0033271-BCAP_0033272 | 2024.07.15 | |
| 137 | Email re CrestPeak Strategy Meeting | BCAP_1200187-BCAP_1200190 | 2024.07.16 | |
| 138 | CrestPeak Strategy | BCAP_1200195-BCAP_1200196 | 2024.07.16 | |

| | | | | |
|---|---|---|---|---|
| 139 | Independent Contractor Agreement | BCAP_0016473-BCAP_0016477 | 2024.07.29 | |
| 140 | Email re Clean MPA Millenium - MVC | BCAP_0027995 | 2024.07.30 | |
| 141 | Meeting with Frank Jeff and Joe | BCAP_0028122-BCAP_0028123 | 2024.08.01 | |
| 142 | Emails Between S. Morton and J. Eagan re July Reflections | BCAP_0030765-BCAP_0030767 | 2024.08.03 | |
| 143 | July Reflections Email Correspondence | BCAP_0030387-BCAP_0030389 | 2024.08.04 | |
| 144 | MHF Invoice from Dickinson Wright | BCAP_00967 | 2024.08.09 | |
| 145 | National Commission for Certifying Agencies Policy Manual | Depo Ex. 98 | 2024.08.13 | 802 |
| 146 | Email from A. Aquino to J. Burkhart re Notification and Offer of Debrief Under Solicitation | BCAP_0784241-BCAP_0784243 | 2024.08.18 | |
| 147 | Email re 5-Year Lookback Average for MHF and CFT | BCAP_0389242-BCAP_0389243 | 2024.08.19 | |
| 148 | Email re MCV PS UNO Mutual NDA | BCAP_0020191 | 2024.08.28 | |
| 149 | Emails re Atruent Monitoring | BCAP_0020201-BCAP_0020202 | 2024.08.28 | |
| 150 | Emails Between J. Burkhart, J. Eagan, and F. Sturek re Ricket Updated | BCAP_0019689-BCAP_0019693 | 2024.08.29 | |
| 151 | Email re Nafta Report from A. Noshirvani | BCAP_0025320-BCAP_0015323, BCAP_0039784-BCAP_0039788 | 2024.09.04 | 802 as to BCAP_0039784-BCAP_0039788 |
| 152 | Email from S. Morton re IFF and GSA Mod Process | | 2024.09.07 | |
| 153 | Red Dog Invoice | BCAP_00959 | 2024.09.08 | |
| 154 | Quickbooks Dickinson Wright Payment | BCAP_1202234 | 2024.09.13 | |
| 155 | Meeting Topics | BCAP_1200193-BCAP_1200194 | 2024.09.18 | |

8

| 156 | Email from J. Eagan_re Issues | BCAP_0039822 | 2024.09.20 | |
| 157 | Red Dog Invoice | BCAP_00961 | 2024.09.21 | |
| 158 | 2023 NAFTA Tax Return | | 2024.09.23 | 402, 403 |
| 159 | Emails between J. Burkhart and F. Sturek re Website | BCAP_1191237-BCAP_1191238 | 2024.09.25 | |
| 160 | AFIS Invoice (September 2024)_Redacted | | 2024.10.04 | 402, 403, 802 |
| 161 | Red Dog Invoice | BCAP_00962 | 2024.10.06 | |
| 162 | Michael Byerly Invoice | BCAP_00957 | 2024.10.08 | |
| 163 | Email from H. Collins to J Eagan_re FOH contract | BCAP_0417165 | 2024.10.30 | |
| 164 | Email from K. Morton to Eagan re Membership | BCAP_0759465 | 2024.10.30 | |
| 165 | AFIS Invoice (October 2024)_Redacted | | 2024.10.30 | 402, 403, 802 |
| 166 | Email from Ken Smith to J. Burckhart re MHF Team | BCAP_0024560-BCAP_0024561 | 2024.11.01 | |
| 167 | Initial Summary of Findings Report | | 2024.11.01 | 802 |
| 168 | AFIS Hash Analysis | | 2024.11.01 | 802 |
| 169 | Fluet Invoice 29580 | BCAP_1202205 - BCAP_1202225 | 2024.11.07 | |
| 170 | Fluet Invoice 29579 | BCAP_1202183 - BCAP_1202204 | 2024.11.07 | |
| 171 | Email from Zumbar to Jeff re NAFTA Training Expired | BCAP_0397478-BCAP_0397479 | 2024.11.13 | |
| 172 | Email from K. Morton to Eagan re balletta financials | BCAP_0754302-BCAP_0754303 | 2024.11.19 | |
| 173 | Damages Calculation - Legal Invoice Summary | | 2024.11.30 | |
| 174 | MHF Joint Base Andrews Group Fitness Report | BCAP_0109722-BCAP_0109727 | 2024.12.01 | |
| 175 | Email to F. Sturek 2024 Performance Review | BCAP_1200184-BCAP_1200186 | 2024.12.13 | |
| 176 | Emails between F. Sturek and J. Eagan re Follow Up | BCAP_0018111-BCAP_0018115 | 2025.01.04 | |
| 177 | Emails Between F. Sturek and A. Aquino re Meeting | BCAP_0983943-BCAP_0983944 | 2025.01.15 | |
| 178 | Memo to the BCAP Board | BCAP_1200197-BCAP_1200201 | 2025.01.19 | |

| 179 | Dkt. 12 Answers and Counterclaims | | 2025.01.24 | |
|---|---|---|---|---|
| 180 | Email from H. Collins to J. Burkhart re Resignation Notification - Effective January 28th | BCAP_01036 | 2025.01.28 | |
| 181 | Severance Agreement and General Release | BCAP_1200176- BCAP_1200183 | 2025.06.03 | |
| 182 | NAFTA Notice of Deposition | | 2025.08.16 | |
| 183 | Sturek deposition transcript | | 2025.08.29 | Subject to objections to designated testimony |
| 184 | Collins deposition transcript | | 2025.09.10 | Subject to objections to designated testimony |
| 185 | Zopelis deposition transcript | | 2025.09.11 | Subject to objections to designated testimony |
| 186 | Agenda for Meeting 2025.09.13 | BCAP_0001057- BCAP_0001060 | 2025.09.13 | |
| 187 | Email from F. Sturek to J. Burkhart re Meeting today | BCAP_0975177- BCAP_0975180 | 2025.09.24 | |
| 188 | Email between counsel re: Atruent Deposition Cancelation | | 2025.09.29 | 402, 802 |
| 189 | 2024 NAFTA Tax Return | | 2025.10.06 | 402, 901 |
| 190 | Sikich Invoice 115141 (Expert) | BCAP_1202178 | 2025.10.31 | |
| 191 | Sikich Invoice 115143 (Expert) | BCAP_1202179 - BCAP_1202180 | 2025.10.31 | |
| 192 | Abbott Expert Report | Abbott Depo Ex. 5 | 2025.11.03 | |
| 193 | Fedkenheuer Expert Report | Fedkenheuer Depo Ex. 1 | 2025.11.03 | |
| 194 | Expert Rebuttal Report of Julia Alcarez | Depo Ex. 219 | 2025.12.01 | |
| 195 | Expert Report of Kostek | Depo Ex. 224 | 2025.12.01 | |
| 196 | FOIA Authorization Letter | | 2025.12.12 | |
| 197 | Sikich Invoice 118425 (Expert) | BCAP_1202181 | 2025.12.15 | |
| 198 | FOIA Request | | 2025.12.16 | |
| 199 | Fitness Institute Invoice (Expert) | BCAP_1202175 | 2025.12.26 | |
| 200 | Abbott Reply Expert Report | Abbott Depo Ex. 2 | 2025.12.29 | |
| 201 | Fedkenheuer Expert Reply Report | Fedkenheuer Depo Ex. 2 | 2025.12.29 | |
| 202 | Dkt. 74 - BCAP Letter to Magistrate re: Sanctions | Dkt. 74 | 2026.01.30 | 402, 802 with regard to exhibits (undesignated or objected-to testimony and reports) |

| 203 | Fitness Institute Invoice (Expert) | BCAP_1202176 | 2026.02.12 | |
| 204 | Sikich Invoice 127225 (Expert) | BCAP_1202182 | 2026.02.27 | |
| 205 | Fitness Institute Invoice (Expert) | BCAP_1202177 | 2026.03.03 | |
| 206 | Chelsea Ramsey LinkedIn | Abbott Depo Ex. 4 | | |
| 207 | Fitness Institute Personal Training Program Website | Abbott Depo Ex. 6 | | |
| 208 | Performance Work Statement | BCAP_00782- BCAP_00783 | | |
| 209 | Institute for Credentialing Excellence Website | Depo Ex. 102 | | 402, 403 |
| 210 | NAFTA Website: Faculty Trainers | Depo Ex. 152 | | 402, 403, 404 |
| 211 | NAFTA Website: Heather Collins | Depo Ex. 153 | | 402, 403, 404 |
| 212 | Video of NAFTA Website | Depo Ex. 156 | | 402, 403, 404 |
| 213 | Registered Users | BCAP_1202171 | | |
| 214 | Continuity of Relationship Between Seller | Depo Ex. 216 | | 402, 403 |
| 215 | Appendix A – Curriculum Vitae of Julia Alcarez | Depo Ex. 220 | | |
| 216 | Discount Rates, Risk, Uncertainty in Economic Damages Calculations Practice Aid Slide Deck | Depo Ex. 221 | | |
| 217 | Forensic & Valuation Services Practice Aid Calculating Lost Profits | Depo Ex. 222 | | |
| 218 | Biography of Eric Mazur | Depo Ex. 223 | | 402, 403, 802 |
| 219 | P-Win Screenshot for USMC Bid | BCAP_1197298- BCAP_1197300 | | |
| 220 | Damages Spreadsheet | Fedkenheuer Depo Ex. 14 | | |
| 221 | Spreadsheet re: U.S. Immigration and Customs Enforcement Fitness Center Pricing Schedule | Fedkenheuer Depo Ex. 7 | | |
| 222 | Damages Calculation - Consultant Services | BCAP_00956 | | |
| 223 | Invoice Summary for Strategic Partnerships | BCAP_00964 | | |

11

| | | | |
|---|---|---|---|
| 224 | Unpaid Accounts Payable - PDF Version | | | |
| 225 | Fitness Institute Retainer Invoice (Expert) | BCAP_1202174 | | |
| 226 | Group Exercise Professionals: Customer Service | BCAP_00898-BCAP_00898 | | |
| 227 | Texas Guardianship | BCAP_00922-BCAP_00922 | | |
| 228 | NAFTA Website | Depo Ex. 97 | | 402 |
| 229 | October 2023 M&T Bank Statement for account ending in 8952 | | | |
| 230 | S. Morton (personal) deposition transition Vol. 1 | | | Subject to objections to designated testimony |
| 231 | S. Morton (personal) deposition transcript Vol. 2 | | | Subject to objections to designated testimony |
| 232 | S. Morton (30(b)(6)) deposition transcript | | | Subject to objections to designated testimony |
| 233 | Dhruve deposition transcript | | | Subject to objections to designated testimony |
| 234 | K. Morton deposition transcript | | | Subject to objections to designated testimony |
| 235 | Thompson deposition transcript | | | Subject to objections to designated testimony |
| 236 | Zumbar deposition transcript | | | Subject to objections to designated testimony |
| 237 | Roxanne Hinton Affidavit of Service | BCAP_1202231-BCAP_1202232 | | 402, 404, 802 |
| 238 | Dept. of Air Force Memo | BCAP_1202233 | | 402, 802, 901 |
| 239 | Sam.gov profile for PS Uno | BCAP_1202235-BCAP_1202237 | | 402 |
| 240 | S. Morton Public Records Address Search | BCAP_1202238-BCAP_1202251 | | 402, 802, 901 |