# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHERRY MORTON, *et al.* | ) |
| | ) |
| Plaintiffs/Counter-Defendants, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-01432-JLH-EGT |
| | ) |
| BCAP GDI 1, INC. | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |
| | ) |

**BCAP GDI 1, INC.'S DEPOSITION DESIGNATIONS**

**James Zopelis**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 10:13 | 15:3 | | 18:10-22:19 | |
| 22:20 | 24:1 | | 24:2-27:22 | |
| 39:7 | 41:1 | | 41:2-41:4 | |
| 41:5 | 45:22 | | 52:1-53:12 | |
| 57:15 | 61:3 | 402, 403 | 61:7-62:9 | |
| 62:10 | 70:5 | 66:16-70:5 (foundation, 602) | | |
| 70:6 | 75:5 | 73:5-75:5 (foundation, 602) | | |
| 75:7 | 82:20 | Foundation, 602 | | |
| 82:21 | 89:21 | 89:15-21 (foundation, 602) | | |
| 92:8 | 95:11 | Foundation, 602 | 95:12-102:4 | |
| 102:5 | 102:11 | | 102:12-104:11 | |
| 104:12 | 113:5 | | | |
| 115:5 | 115:12 | | 115:13-117:2; 119:5-120:17 | |
| 117:3 | 119:4 | | | |
| 120:18 | 121:11 | | 121:12-122:3; 123:10-127:18 | |
| 127:19 | 130:22 | | 132:3-133:15 | |

1

| 139:15 | 140:15 | Foundation, 602 | | |
|---|---|---|---|---|

**Neil Dhruve**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 8:18 | 15:7 | | | |
| 18:16 | 22:3 | 21:16-22:3 (701) | | |
| 23:14 | 27:13 | 25:19-27:13 (402, 403) | 27:14-21 | |
| 32:5 | 33:15 | | | |
| 35:1 | 39:15 | 39:2-15 (602) | | |
| 45:2 | 46:18 | 45:15-46:18 (701) | | |
| 49:10 | 52:20 | 49:10-51:11 (701) | | |
| 53:4 | 53:20 | | | |
| 57:2 | 57:10 | | | |
| 57:17 | 57:20 | | | |
| 84:16 | 85:5 | 701 | | |

**Frank Sturek**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 36:20 | 37:25 | | | |
| 40:21 | 41:15 | 402, 802 (relates to inadmissible expert report) | | |
| 41:25 | 46:6 | | | |
| 61:16 | 68:14 | | | |
| 74:21 | 75:21 | | | |
| 77:15 | 77:21 | | | |
| 81:11 | 81:22 | | | |
| 83:13 | 85:22 | | | |
| 86:2 | 86:24 | | | |
| 88:6 | 92:6 | 88:24-90:7 (802) | | |
| 95:2 | 95:16 | | | |
| 95:17 | 97:12 | | | |
| 99:23 | 101:10 | | | |
| 101:25 | 109:10 | | | |
| 109:15 | 117:1 | | | |

**Kristina Morton**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 12:21 | 14:13 | | | |
| 14:18 | 14:20 | | | |
| 22:3 | 26:1 | | | |
| 27:15 | 29:3 | | | |
| 29:14 | 29:16 | 701 | | |
| 29:18 | 31:11 | 701 | | |
| 33:10 | 34:8 | | 32:21-33:9 | |
| 34:22 | 35:1 | | | |
| 35:6 | 37:11 | | | |
| 38:16 | 53:5 | | | |
| 54:2 | 56:21 | 55:11-56:21 (402, 403) | | |
| 57:4 | 62:21 | | | |
| 63:20 | 64:9 | | | |
| 66:22 | 68:13 | 402, 403 | | |
| 69:3 | 70:1 | | | |
| 120:2 | 120:8 | | | |

**David Thompson**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 7:1 | 7:17 | | | |
| 9:19 | 13:12 | 10:22-13:12 (402, 403) | | |
| 17:13 | 17:17 | 402, 403 | | |
| 20:18 | 23:15 | 402, 403 | | |
| 23:21 | 24:13 | 701 | | |
| 25:2 | 28:8 | 701 | | |
| 28:16 | 28:22 | 701 | | |
| 29:3 | 29:10 | 701 | | |
| 29:13 | 30:7 | 701 | | |
| 32:6 | 33:12 | | 33:13-33:20 | |
| 33:21 | 34:11 | 701 | | |
| 35:7 | 37:15 | | 37:16-38:6 | |

| | | | | |
|---|---|---|---|---|
| 38:7 | 38:13 | 602 | | |
| 40:19 | 41:6 | 602, foundation | | |
| 41:14 | 42:7 | 602, foundation | | |
| 42:11 | 43:2 | 602, foundation | | |
| 48:18 | 61:9 | 48:18-54:13 (701); 55:21-56:6 (701); 57:17-61:9 (701) | | |
| 61:11 | 69:6 | 62:1-68:5 (701); starting at 69:6-:11 (foundation) | | |
| 69:9 | 69:22 | 69:19-70:8 (701, foundation) | | |
| 70:3 | 70:6 | 701, foundation | | |
| 70:8 | 74:2 | 72:11-74:2 (701) | | |
| 76:7 | 77:8 | 77:4-8 (602) | | |
| 78:1 | 80:6 | 80:2-80:14 (701) | | |
| 80:8 | 80:14 | 701 | 80:15-81:6 | |
| 81:12 | 83:10 | | 83:11-:19 | |
| 83:20 | 84:2 | | | |
| 84:7 | 88:16 | 84:16-85:8 (701); 85:19-88:16 (701) | | |
| 89:22 | 92:20 | 89:22-90:12; 91:10-92:20 (701) | 97:16-99:15; 99:20-101:4 | FRE 602 (speculation, lack of personal knowledge); FRE 408 |
| 103:6 | 103:22 | 402, 403 | | |
| 104:7 | 107:12 | | 107:13-108:4 | |
| 108:5 | 109:11 | | | |
| 111:2 | 113:16 | | | |
| 116:20 | 108:17 | 701 | | |
| 108:19 | 119:14 | 701 | | |
| 124:3 | 125:22 | 125:14-22 (402, 403) | | |
| 139:1 | 140:3 | 140:20-141:6 (form; incomprehensible) | 126:7-137:19 | |
| 140:9 | 141:3 | | | |
| 141:5 | 142:1 | 141:19-142:3 | | |
| 142:3 | 142:11 | 402, 403 | | |
| 142:14 | 142:14 | | 142:16-143:11 | |

**Heather Collins**

4

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 13:16 | 16:17 | | | |
| 18:2 | 18:13 | | | |
| 20:1 | 20:13 | | | |
| 21:1 | 22:9 | | | |
| 27:7 | 27:19 | | | |
| 30:14 | 31:3 | | | |
| 32:4 | 33:21 | | | |
| 36:3 | 37:22 | | | |
| 41:2 | 42:6 | | | |
| 43:3 | 44:14 | | | |
| 46:7 | 46:18 | | | |
| 48:3 | 57:20 | | | |
| 58:12 | 59:10 | | 59:11-60:9 | |
| 60:10 | 61:8 | | | |
| 62:9 | 62:22 | | | |
| 63:8 | 63:20 | | | |
| 64:9 | 82:7 | | 82:16-83:19 | FRE 802 |
| 83:20 | 85:20 | | 85:21-86:14 | |
| 88:13 | 91:2 | | | |
| 92:1 | 92:6 | | | |
| 92:12 | 93:22 | | | |
| 94:6 | 97:2 | | | |
| 97:7 | 97:10 | | | |
| 97:13 | 98:5 | | | |
| 98:12 | 101:18 | 99:19 (starting with "But") to :22 - 602 | 101:19-102:5 | |
| 102:19 | 109:12 | | | |
| 111:9 | 114:4 | | 109:13-111:8 | |
| 116:10 | 117:6 | 402, 403 | | |
| 117:18 | 118:19 | 402, 403 | | |
| 119:19 | 121:5 | 402, 403 | | |
| 123:13 | 124:16 | 402, 403 | | |
| 131:18 | 135:4 | 133:5-135:4 (602) | 129:21-130:18 | |
| 137:15 | 141:13 | 141:6-:13 (602) | | |
| 144:3 | 144:18 | | | |
| 145:20 | 146:15 | | | |
| 149:3 | 151:1 | 149:3-:6 (602) | | |
| 154:16 | 156:12 | | | |
| 157:17 | 159:14 | | | |
| 162:4 | 164:8 | 701 | | |
| 165:4 | 165:11 | 402, 403, 404 | | |

5

| Start | End | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 167:12 | 168:2 | 402, 403, 404 | | |
| 168:9 | 169:2 | 402, 403, 404 | | |
| 170:10 | 170:12 | 402, 403, 404 | | |
| 171:3 | 171:20 | 402, 403, 404 | | |
| 176:4 | 178:2 | | 175:10-176:4 | |
| 178:6 | 179:13 | 602; foundation | | |
| 180:4 | 181:3 | | 181:6-183:18 | |
| 183:19 | 187:2 | 184:12-17 (non-responsive, 802); 186:2-10; 186:14-187:2 (701) | | |
| 188:5 | 190:7 | | | |
| 191:2 | 193:9 | 701 | | |
| 203:16 | 204:3 | 802 | 201:16-:22 | |

### Kathleen Zumbar

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 13:1 | 15:18 | | | |
| 16:10 | 16:21 | | | |
| 18:13 | 19:19 | | | |
| 20:22 | 21:17 | | | |
| 22:12 | 22:15 | | | |
| 23:17 | 25:13 | | | |
| 25:14 | 28:3 | 27:4-28:3 (701) | | |
| 28:5 | 33:16 | | | |
| 34:9 | 35:11 | | | |
| 36:15 | 38:17 | | | |
| 38:21 | 40:8 | | | |
| 41:3 | 42:1 | | | |
| 42:6 | 42:11 | | | |
| 44:20 | 53:21 | 52:14-53:21 (602) | | |
| 63:11 | 75:7 | 69:11-:14 (leading); 72:21-73:19 (402, 403); 73:20-74:6 (repetitive) | | |
| 76:16 | 77:18 | 701 | | |
| 134:1 | 134:19 | 701 | | |

6

**Sherry Morton, Volume I\***

**\*Plaintiffs object to all deposition designations of Morton, as she will testify at trial. Defendant includes the following deposition citations from the deposition of Sherry Morton and the Rule 30(b)(6) deposition of NAFTA for the convenience of the Court and all Parties. Defendant reserves the right to use any portion of the depositions of Sherry Morton or NAFTA for any purpose, including as substantive evidence, pursuant to Fed. R. Civ. P. 32(a)(3).**

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 15:15 | 15:22 | | 14:20-15:14 | |
| 16:4 | 20:11 | | 16:1-16:3 | |
| 21:11 | 22:10 | | 20:12-21:10 | |
| 25:8 | 25:12 | | | |
| 27:19 | 28:3 | | 28:4-28:9 | |
| 29:13 | 33:6 | 29:13-30:22 (402) | | |
| 34:12 | 34:14 | | | |
| 34:10 | 38:18 | | | |
| 39:7 | 39:21 | | | |
| 42:3 | 42:8 | | | |
| 42:9 | 45:17 | | | |
| 46:9 | 48:5 | | | |
| 48:17 | 49:13 | | | |
| 50:20 | 52:2 | | | |
| 52:9 | 57:2 | | | |
| 59:13 | 59:22 | | 59:3-59:12 | |
| 60:18 | 65:22 | | | |
| 66:10 | 69:2 | | 69:3-69:22 | |
| 70:1 | 79:19 | 79:17-79:19 (402) | | |
| 81:4 | 85:9 | | | |
| 85:18 | 93:5 | | | |
| 94:8 | 95:10 | | | |
| 96:5 | 102:22 | | | |
| 103:10 | 107:18 | | | |
| 109:05 | 111:18 | | | |
| 112:4 | 114:6 | | 114:7-114:16 | |
| 115:16 | 121:20 | | | |
| 122:9 | 124:11 | | | |
| 126:1 | 128:8 | | | |
| 129:18 | 138:2 | | | |

| | | | | |
|---|---|---|---|---|
| *BCAP reserves its right to amend deposition designations pending the Court's disposition of BCAP's motions *in limine*. | | | | |

### Sherry Morton, Volume II

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 149:1 | 151:13 | | | |
| *BCAP reserves its right to amend deposition designations pending the Court's disposition of BCAP's motions *in limine*. | | | | |

### NAFTA 30(b)(6) Deposition

| Start Page: Line | End Page: Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|
| 11:4 | 11:10 | | | |
| 27:1 | 27:8 | 402, 403, 610 | | |
| 29:14 | 30:6 | | | |
| 47:15 | 49:1 | | 49:2-:10 | |
| 52:3-14 | 52:14 | | | |
| 53:4 | 53:21 | | 55:15-56:17 | |
| 59:20 | 60:3 | | 58:12-59:19 | |
| 63:12 | 63:17 | | | |
| 64:22 | 65:18 | Repetitive | | |
| 67:19 | 68:1 | | 66:22-67:18 | |
| 74:17 | 75:1 | | 72:17-73:16 | |
| 79:1 | 80:14 | | | |
| 91:1 | 93:17 | | | |
| 96:4-18 | 96:18 | | 94:3-96:3 | |
| 100:7 | 101:10 | | | |
| 116:1 | 117:9 | | | |
| *BCAP reserves its right to amend deposition designations pending the Court's disposition of BCAP's motions *in limine*. | | | | |