

600 North King Street, Suite 300
Wilmington, DE 19801-3776

302.353.4144

**Daniel A. Griffith**
Partner
302.357.3254
DGriffith@whitefordlaw.com

August 10, 2026

**<u>VIA CM/ECF</u>**
The Honorable Jennifer L. Hall, U.S.D.J.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

> **Re:    Morton, et. al.  v. BCAP GD1, Inc., et. al.**
> **Case No. 24-cv-01432-JLH-EGT**

Dear Judge Hall:

My firm is Delaware counsel for the Defendant, BCAP GD1, Inc., in the above-referenced matter scheduled for a Pretrial Conference before Your Honor tomorrow. (David Panzer from the Fluet law firm in Virginia is lead counsel). I write to request permission for substitute counsel from my office to attend the Conference in my place as Delaware counsel.

I had knee replacement surgery on July 22, and I am not yet medically clear enough to drive (although I expect that clearance on Wednesday of this week, such that I should be available for the August 17 trial). Bradley Lehman, Esquire and Clifford Wood, Esquire from my office are available to attend the conference in my place.

Under the circumstances, we would respectfully request the Court's permission to have Mr. Lehman and Mr. Wood attend the conference in my stead as Delaware counsel for the defense. I am, of course, available if Your Honor has any questions regarding this request.

Respectfully submitted,

*/s/ Daniel A. Griffith*

Daniel A. Griffith

**Whiteford, Taylor & Preston LLP | whitefordlaw.com | CO · DC · DE · FL · KY · MD · NC · NJ · NY · VA**

*\*Whiteford, Taylor & Preston LLP is a limited liability partnership.  Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston LLC*

August 10, 2026
Page 2


DG:dag

cc:      All counsel of record