

1201 N. Market Street, Suite 1200
Wilmington, DE 19801
302.654.7444  302.656.8920
www.foxrothschild.com

CARMELLA L. CINAGLIA
Direct No: 302.622.4237
Email: ccinaglia@foxrothschild.com

August 13, 2026

**_VIA CM/ECF FILING_**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

   Re: *Sherry Morton, et al. v. BCAP GDI 1, Inc.*
      D. Del. 24-CV-04132-JLH-EGT

Dear Judge Hall:

As requested during the Pre-Trial Conference in the above matter, the parties jointly submit this letter listing witness names and technical terms for next week's bench trial.

## WITNESS NAMES

| Name | Details |
|---|---|
| Abbott, Anthony | Damages expert for BCAP; President of Fitness Institute International, Inc. |
| Alcarez, Julia | Damages expert for Plaintiffs; Partner with HKA Global, Inc. |
| Burkhart, Joe | Chairman of BCAP |
| Collins, Heather | Former COO and President of MHF |
| Dhruve, Neil | Plaintiff Morton's banker for MHF's sale to BCAP |
| Eagen, Jeff | MHF CEO; BCAP Advisor; Former CFT CEO |
| Fedkenheur, Kellie | Damages expert for Defendant; Principal of Sikich LLC |
| Hinton, Roxie | Former faculty trainer at MHF |
| Kostek, Matthew | Damages expert for Plaintiffs; Director of the Muscle and Translational Therapeutics Laboratory in the Rangos School of Health Sciences at Duquesne University in Pittsburgh |
| Morton, Kristina | Daughter-in-law of Plaintiff Sherry Morton |
| Morton, Sherry | One of the Plaintiffs (NAFTA being the other) |
| Sturek, Frank | CEO of MHF post-acquisition |
| Thompson, David | Attorney for MHF pre-acquisition; Current Attorney for Plaintiff Morton |

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Massachusetts Minnesota Missouri
Nevada New Jersey New York North Carolina Oklahoma Pennsylvania South Carolina Texas Washington



The Honorable Jennifer L. Hall
August 13, 2026
Page 2

| Williams, Chelsie | Née Morton; Daughter of Plaintiff Sherry Morton |
| Zopelis, James | Former Vice President for Business Development of MHF |
| Zumbar, Kathleen | Former COO of MHF before Heather Collins |

### TECHNICAL TERMS

| Item No. | Term | Definition |
|---|---|---|
| 1. | ACE | American Council on Exercise, a fitness education and certification nonprofit organization. |
| 2. | ACSM | American College of Sports Medicine; a professional nonprofit organization that offers health and fitness certifications and exercise-science standards commonly referenced for fitness staffing qualifications. |
| 3. | AED | Automated External Defibrillator; portable emergency device used to analyze heart rhythm and deliver a shock when appropriate during cardiac arrest. |
| 4. | Aquilla | Aquilla Fitness Consulting Systems, Ltd.; a fitness-industry competitor of MHF's. |
| 5. | BAFO | Best and Final Offer; a final revised Proposal requested by the government after discussions in a negotiated procurement, often submitted before Source Selection. |
| 6. | BCAP | BCAP GDI 1, Inc.; Defendant, a Delaware corporation that purchased Millennium from Plaintiff Morton under the November 1, 2023 Stock Purchase Agreement. |
| 7. | CEO | Chief Executive Officer |
| 8. | CFT | Compendium Federal Technology, LLC; government contractor owned by BCAP and previously owned by Jeff Eagan. |
| 9. | CLIN or CLINs | Contract Line Item Number(s); separately identified line items in a government contract or Solicitation used to describe, price, fund, and track specific supplies or services. |
| 10. | COO | Chief Operations Officer |
| 11. | Cost Build Up | The underlying cost model or worksheet used to develop a proposed price for a government-contract Proposal, including labor categories, hours, wage rates, fringe and indirect rates, materials, subcontractor costs, assumptions, market research, and calculations supporting the Pricing Volume. |
| 12. | Cost Volume | The portion of a Proposal that presents the offeror's proposed costs or prices, often including labor categories, rates, assumptions, indirect costs, and supporting pricing data. |



The Honorable Jennifer L. Hall
August 13, 2026
Page 3

| 13. | CPARS | Contractor Performance Assessment Reporting System; the federal system used to collect and report contractor Past Performance evaluations for use in future Source Selections. |
|---|---|---|
| 14. | CPR | Cardiopulmonary Resuscitation; emergency technique involving chest compressions and, when appropriate, rescue breaths to help maintain circulation and breathing during cardiac arrest. |
| 15. | EPA | Environmental Protection Agency; federal agency whose employees allegedly made continuing payments to Millennium under a Federal Occupational Health zero-dollar also, in government-contract after the Closing. |
| 16. | FBI | Federal Bureau of Investigation; U.S. Department of Justice agency that may appear as a customer, agency, or background-check/security-related entity in federal contracting records. |
| 17. | GEI | Government Evaluation Instructions or Government Evaluation Information; likely shorthand for evaluation criteria or instructions in the Solicitation, depending on case documents. |
| 18. | HHS | The U.S. Department of Health and Human Services |
| 19. | ICE | U.S. Immigration and Customs Enforcement; Department of Homeland Security agency that may appear as a procuring agency, customer, or contracting-related entity. |
| 20. | ISSA | International Sports Sciences Association, an organization associated with fitness education and professional certifications. |
| 21. | LPTA | Lowest Price Technically Acceptable; a Source Selection method in which award is made to the lowest-priced offeror whose Proposal meets the government's minimum technical requirements. |
| 22. | MHF | Millennium Health & Fitness, Inc.; the government contracting health and fitness company sold by Plaintiff Morton to Defendant BCAP GDI 1, Inc. under the SPA on November 1, 2023. |
| 23. | NAFTA | One of the Plaintiffs. National Aerobics & Fitness Trainers Association, an entity formed as an Arizona nonprofit association managed by Sherry Morton. |
| 24. | NAICS Code | North American Industry Classification System code; a six-digit industry classification used in federal Solicitations to identify the type of work and applicable small-business eligibility analysis. |
| 25. | NASM | National Academy of Sports Medicine; a fitness-certification organization offering personal trainer and related credentials. |
| 26. | NCCA | National Commission for Certifying Agencies; nonprofit accrediting body for professional certification programs, including many fitness-certification programs. |
| 27. | NSCA | The National Strength and Conditioning Association, a nonprofit educational and professional organization that advances strength and conditioning research and education. |



The Honorable Jennifer L. Hall
August 13, 2026
Page 4

| 28. | OSHA | Occupational Safety and Health Administration, the U.S. federal agency responsible for workplace-safety and health regulation. |
|---|---|---|
| 29. | OIG | Office of Inspector General; an oversight office within a federal agency responsible for audits, investigations, and detecting fraud, waste, and abuse. |
| 30. | Past Performance | An offeror's record of performing prior contracts, including quality, timeliness, cost control, management, and customer satisfaction; often evaluated as a non-price factor in Source Selection. |
| 31. | Proposal | An offer submitted in response to a Solicitation, describing the offeror's technical approach, pricing, qualifications, Past Performance, and other required information. |
| 32. | Pricing Build Up | The step-by-step development of an offeror's proposed price, typically derived from the Cost Build Up and showing how direct costs, indirect costs, profit or fee, escalation, assumptions, and Contract Line Item Number-level pricing are combined to produce the final prices submitted in the Pricing Volume. |
| 33. | Pricing Volume | The Proposal volume containing the offeror's prices or costs and supporting assumptions, calculations, and schedules required by the Solicitation. |
| 34. | PS Uno | PS Uno, LLC, a fitness-industry company currently owned by Roxie Hinton and previously owned by Kristina Morton. |
| 35. | PWS | Performance Work Statement; a government contract document describing required outcomes, performance standards, tasks, deliverables, and contractor responsibilities. |
| 36. | RFP | Request for Proposal; a Solicitation document asking offerors to submit Proposals for a government requirement, typically evaluated on price and non-price factors. Also referred to as "Solicitation." |
| 37. | Source Selection | The government's process for evaluating competing offers or Proposals and selecting the offeror that will receive the contract award under the applicable Solicitation and evaluation criteria. |
| 38. | SPA | The Stock Purchase Agreement, by and between BCAP GDI 1, Inc., a Delaware corporation, Millennium Health & Fitness, Inc., an Arizona corporation, and Sherry Morton, an individual, dated November 1, 2023. |
| 39. | Technical Build Up | The underlying workpapers, research, staffing plans, schedules, compliance matrices, operational assumptions, and quantitative analyses used to develop the Technical Volume and demonstrate how the offeror intends to perform the Performance Work Statement or other Solicitation requirements. |
| 40. | Technical Volume | The portion of a government-contract Proposal that explains the offeror's technical approach to performing the work, including |



The Honorable Jennifer L. Hall
August 13, 2026
Page 5

| | | |
|---|---|---|
| | | staffing, management, quality control, schedule, transition, compliance with the Performance Work Statement, and any tables or supporting narratives required by the Solicitation. |
| 41. | USMC | United States Marine Corps; branch of the U.S. Armed Forces and potential procuring activity or end-user for fitness-related contract services. |

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Carmella L. Cinaglia*
Carmella L. Cinaglia (DE ID 7032)

cc:    All Counsel (via e-mail)