**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHERRY MORTON and NATIONAL AEROBICS & FITNESS TRAINERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>Defendant. | Civil Action No.: 1:24-cv-01432-JLH |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Sherry Morton and National Aerobics & Fitness Trainers Association ("NAFTA") (collectively, "Plaintiffs"), move for an order to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024, Standing Order"). In support of this motion Plaintiffs state as follows:

1. The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2. A bench trial is scheduled in this case from August 17-21, 2026 in Courtroom 6D before Judge Jennifer L. Hall.

3. Some members of Plaintiffs' team do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order.

4. The following persons that may appear at the jury trial require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

a. Brian Johnson, Counsel for Plaintiffs

b. Brian Yu, Counsel for Plaintiffs

c. Andy Kiker, Paralegal

d. Sherry Morton, Plaintiff

~~e. John Morton, Plaintiff's Spouse~~

f. Julia Alcaraz, Expert Witness

g. Matthew Kostek, Expert Witness

5. WHEREFORE, Plaintiffs respectfully request that the Court issue an order in the form of an executed version of this Motion to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

*/s/ Carmella L. Cinaglia*
Sidney S. Liebesman (DE ID 3702)
Carmella L. Cinaglia (DE ID 7032)
**FOX ROTHSCHILD LLP**
1201 N. Market St., Suite 1200
Wilmington, DE 19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
ccinaglia@foxrothschild.com

Brian M. Johnson (*pro hac vice*)
Brian S. Yu (DE ID 6482)
**DICKINSON WRIGHT PLLC**
300 West Vine Street, Suite 1700
Lexington, KY 40507
Tel.: (859) 899-8700
bjohnson@dickinsonwright.com
byu@dickinsonwright.com

Dated: August 13, 2026

*Attorneys for Plaintiffs*

SO ORDERED this 13th day of August, 2026

____________________________________
The Honorable Jennifer L. Hall
United States District Judge