**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHERRY MORTON and NATIONAL AEROBICS & FITNESS TRAINERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>BCAP GDI 1, INC.,<br><br>Defendant. | C.A. No. 1:24-cv-01432-JLH |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S May 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant BCAP GDI 1, Inc. ("BCAP") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024, Standing Order"). In support of this motion BCAP states as follows:

1. The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires inter alia for visitors to place personal

electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2. A bench trial is scheduled in this case from August 17–21, 2026 in Courtroom 6D before Judge Jennifer L. Hall.
3. Some members of BCAP team do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order.
4. The following persons that may appear at the bench trial require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:
    - Jeffrey Eagan, Defendant BCAP GDI 1, Inc.'s representative
    - Joseph Burkhart, Defendant BCAP GDI 1, Inc.'s representative
    - Dr. Anthony Abbott, Expert Witness
    - Kellie Fedkenheuer, Expert Witness
5. WHEREFORE, BCAP respectfully requests that the Court issue an order in the form of an executed version of this Motion, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

Dated: August 17, 2026
Wilmington, Delaware

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith (ID #4209)
600 N. King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
Email: dgriffith@whitefordlaw.com

*Attorney for Defendant BCAP GDI 1, Inc.*

**SO ORDERED** this 18th day of August, 2026.

The Honorable Jennifer L. Hall
United States District Judge