Fox Rothschild

1201 N. Market Street, Suite 1200
Wilmington, DE 19801
302.654.7444 302.656.8920
www.foxrothschild.com

CARMELLA L. CINAGLIA
Direct No: 302.622.4237
Email: ccinaglia@foxrothschild.com

August 27, 2026

**VIA CM/ECF E-FILING**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re: *Sherry Morton, et al. v. BCAP GDI 1, Inc.*
D. Del. 24-CV-01432-JLH-EGT

Dear Judge Hall:

Following the Court's remarks at the conclusion of last week's bench trial, the parties have conferred and agreed to proposed procedures and a timeline concerning post-trial discussions and briefing.

As a preliminary matter, the parties agree to reduce the time to propose edits to the trial transcript to within one week of its release and devote the time gained to alternate discussions with Magistrate Judge Laura Hatcher. We propose that each side have an opportunity to schedule confidential telephonic conferences to exchange with Magistrate Judge Hatcher post-trial impressions of how the issues now stand, leaving to Magistrate Judge Hatcher's discretion whether to conduct discussions with attorneys only or to include the parties.

With respect to post-trial briefing, we propose the following:

1) The parties will conduct simultaneous briefing. Should the Court approve the parties' proposal to conduct discussions before briefing, the parties will have 30 days to submit opening briefs after the last call with Magistrate Judge Hatcher, followed by 15 days to file responses. Otherwise, the opening brief deadline may be set 30 days after the filing of the final transcript, followed by 15 days to file responses.

2) In accordance with the Court's advisory to adhere to page limits for summary judgment briefing, opening briefs and responses will be limited in length to 20 pages and 10 pages, respectively. Proposed findings of fact to accompany briefs will be limited to 35 pages.

It is our hope that the procedures and timeline proposed above will, with the Court's insight, ideally support a final effort to reach a settlement and at least focus the issues for briefing without extensive delay.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/Carmella L. Cinaglia*
Carmella L. Cinaglia (DE ID 7032)

cc: All Counsel (via e-mail)