| Defendant's Exhibits | Joint Exhibits | Plaintiffs' Exhibits |
|---|---|---|
| DTX1 | JTX1 | PTX6 |
| DTX2 | JTX2 | PTX9 |
| DTX5 | JTX3 | PTX14 |
| DTX6 | JTX4 | PTX17 |
| DTX7 | JTX5 | PTX18 |
| DTX10 | JTX6 | PTX20 |
| DTX14 | JTX7 | PTX28 |
| DTX15 | JTX8 | PTX30 |
| DTX18 | JTX9 | PTX31 |
| DTX22 | JTX10 | PTX32 |
| DTX23 | JTX11 | PTX35 |
| DTX26 | JTX12 | PTX37 |
| DTX37 | JTX13 | PTX38 |
| DTX39 | JTX14 | PTX41 |
| DTX84 | JTX15 | PTX47 |
| DTX90 | JTX16 | PTX48 |
| DTX95 | JTX17 | PTX50 |
| DTX103 | JTX18 | PTX53 |
| DTX115 | JTX19 | PTX55 |
| DTX132 | JTX20 | PTX58 |
| DTX142 | JTX21 | PTX59 |
| DTX151* | JTX22 | PTX61 |
| DTX153 | JTX23 | PTX63 |
| DTX157 | JTX24 | PTX64 |
| DTX161 | JTX25 | PTX66 |
| DTX162 | JTX26 | PTX69 |
| DTX192 | JTX27 | PTX70 |
| DTX193 | JTX28 | PTX72 |
| DTX194 | JTX29 | PTX73 |
| DTX195 | JTX30 | PTX74 |
| DTX200 | JTX31 | PTX78 |
| DTX201 | JTX32 | PTX82 |
| DTX 209 | JTX33 | PTX85 |
| DTX218* | JTX34 | PTX90 |
| DTX223 | JTX35 | PTX96 |
| DTX229 | JTX36 | PTX97 |
| DTX237* | JTX37 | PTX102 |
| DTX238 | JTX38 | PTX103 |
| DTX239* | JTX39 | PTX104 |
| | JTX40 | PTX105 |
| | JTX41 | PTX108 |
| | JTX42 | PTX110 |

| | | |
|---|---|---|
| | JTX43 | PTX117 |
| | JTX44 | PTX118 |
| | JTX45 | PTX119 |
| | JTX46 | PTX120 |
| | JTX47 | PTX122 |
| | JTX48 | PTX126 |
| | JTX49 | PTX129 |
| | JTX50 | PTX130 |
| | JTX51 | PTX132 |
| | JTX52 | PTX134 |
| | JTX53 | PTX136 |
| | JTX54 | PTX137 |
| | JTX55 | PTX138 |
| | JTX56 | PTX145 |
| | JTX57 | PTX150 |
| | JTX58 | PTX151 |
| | JTX59 | PTX152 |
| | JTX60 | PTX153 |
| | JTX61 | PTX154 |
| | JTX62 | PTX155 |
| | JTX63 | PTX156 |
| | | PTX157 |
| | | PTX158 |
| | | PTX159 |
| | | PTX160 |
| | | PTX161 |
| | | PTX162 |
| | | PTX163 |
| | | PTX168 |
| | | PTX172 |
| | | PTX175 |
| | | PTX176 |
| | | PTX177 |
| | | PTX181 |
| | | PTX189 |
| | | PTX191 |
| | | PTX192 |
| | | PTX195 |
| | | PTX197 |
| | | PTX198 |
| | | PTX199 |
| | | PTX200 |
| | | PTX201 |
| | | PTX202 |
| | | PTX203 |

| | | |
|---|---|---|
| | | PTX206 |
| | | PTX207 |
| | | PTX208 |
| | | PTX209 |
| | | PTX210 |
| | | PTX211 |
| | | PTX212 |
| | | PTX213 |
| | | PTX214 |
| | | PTX215 |
| | | PTX216 |
| | | PTX220 |
| | | PTX221 |
| | | PTX225 |
| | | PTX234 |
| | | PTX239 |
| | | PTX241 |
| | | PTX245 |
| | | PTX245 |

*Exhibits DTX 151, DTX 218, DTX 237 and DTX 239 were conditionally admitted. Plaintiffs reserve all rights as to objections and the admissibility of these exhibits for post-trial briefing.