**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SHERRY MORTON and
NATIONAL AEROBICS & FITNESS
TRAINERS ASSOCIATION,

Plaintiffs,

v.

BCAP GDI 1, INC.,

Defendant.

Civil Action No.: 1:24-cv-01432-JLH

**STIPULATION AND ~~[PROPOSED]~~ ORDER SCHEDULING POST-TRIAL BRIEFING**

Plaintiffs, Sherry Morton and National Aerobics & Fitness Trainers Association and Defendant, BCAP GDI 1, Inc., through their undersigned counsel, having conferred after the bench trial held before the Court from August 17 to August 20, 2026 in the above-captioned action, hereby stipulate and agree, subject to the Court's approval, to conduct simultaneous briefing as follows:

1. Plaintiffs and Defendant shall file Opening Briefs on or before November 6, 2026;
2. Plaintiffs and Defendant shall file Replies and Proposed Findings of Fact and Conclusions on or before November 23, 2026;
3. In accordance with the Court's advisory to adhere to page limits for summary judgment briefing, Opening Briefs and Replies will be limited in length to 20 pages and 10 pages in length, respectively; and
4. Proposed Findings of Fact and Conclusions to accompany Replies will be limited to 35 pages in length.

**AGREED AS TO FORM:**

*/s/ Daniel A. Griffith*
Daniel A. Griffith (DE ID 4209)
**WHITEFORD, TAYLOR & PRESTON LLC**
600 North King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@whitefordlaw.com

David S. Panzer, *pro hac vice*
Eric S. Kronman, *pro hac vice*
Thomas M. Craig, *pro hac vice*
**FLUET & ASSOCIATES, PLLC**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
ekronman@fluet.law
tcraig@fluet.law
e-file@fluet.law

*Attorneys for Defendant BCAP GDI 1, Inc.*

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE ID 3702)
Carmella L. Cinaglia (DE ID 7032)
**FOX ROTHSCHILD LLP**
1201 N. Market St., Suite 1200
Wilmington, DE 19801
Tel.: (302) 622-4237
sliebesman@foxrothschild.com
ccinaglia@foxrothschild.com

Brian M. Johnson (*pro hac vice*)
Brian S. Yu (DE ID 6482)
**DICKINSON WRIGHT PLLC**
300 West Vine Street, Suite 1700
Lexington, KY 40507
Tel.: (859) 899-8700
bjohnson@dickinsonwright.com

1825 I Street, N.W., Suite 900
Washington, D.C. 20006
Tel: (202) 457-0160
byu@dickinsonwright.com

*Attorneys for Plaintiffs Sherry Morton and National Aerobics & Fitness Trainers Association*

SO ORDERED this 9th day of Nov., 2026

The Honorable Jennifer L. Hall
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I served the foregoing on all counsel of record by CM/ECF electronic service.

Daniel A. Griffith
600 North King Street, Suite 300
Wilmington, DE 19801
dgriffith@whitefordlaw.com

David S. Panzer
Eric S. Kronman
Thomas M. Craig
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
dpanzer@fluet.law
ekronman@fluet.law
tcraig@fluet.law
e-file@fluet.law

/s/ *Sidney S. Liebesman*
ATTORNEY FOR PLAINTIFFS